## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* : | |
| : | |
| BENTLEY A. HOLLANDER : | CIVIL ACTION |
| 220 West Rittenhouse Square : | |
| Apt. 18B : | |
| Philadelphia, PA  19103 : | No. _____ |
| : | |
| Relator/Plaintiff, : | |
| v. : | |
| : | |
| MTD Products Inc. : | |
| 5903 Grafton Rd. : | |
| Valley City, OH  44280 : | |
| : | |
| Defendant. : | |
| : | |

Relator/Plaintiff Bentley Hollander ("Hollander"), by his undersigned counsel and for his Complaint against Defendant MTD Products, Inc. ("MTD"), avers as follows:

### NATURE OF ACTION

1.      This is a *qui tam* action for false patent marking under Title 35, Section 292, of the United States Code.

2.      As set forth in detail below, MTD has repeatedly violated 35 U.S.C. §292(a) by, *inter alia*, falsely marking hundreds of thousands, if not millions, of articles with an expired patent, as well as using this expired patent in advertising in connection with such articles, all for the purpose of deceiving the public into believing that such articles are covered by this expired patent.

3.      Hollander seeks the imposition of a fine against MTD, one half of which shall be paid to the United States of America, and the other half of which shall be paid to Hollander pursuant to 35 U.S.C. §292(b).

## THE PARTIES

4.      Hollander is an adult individual who resides at 220 West Rittenhouse Square, Apartment 18B, Philadelphia, Pennsylvania, 19103.

5.      Defendant MTD is a Delaware corporation with its principal place of business located at 5903 Grafton Road, Valley City, Ohio, 44280.

## JURISDICTION AND VENUE

6.      This Court has subject matter jurisdiction over the present action pursuant to 28 U.S.C. §§1331 and 1338(a).

7.      Venue is proper in the Eastern District of Pennsylvania pursuant to 28 U.S.C. §§1391(c) and 1395(a), because MTD has conducted and continues to conduct business in this judicial district through, *inter alia*, the sale of products which are the subject matter of this Complaint in retail stores throughout this judicial district.

8.      Hollander brings this action as a *qui tam* relator under 35 U.S.C. §292(b), which provides that "any person" may sue for civil monetary penalties for false patent marking.

## FACTUAL BACKGROUND

### I.      MTD's Operations

9.      MTD is a national leader in the manufacture and sale of outdoor power equipment ("OPE").  According to recent studies, MTD holds 9% of the total domestic OPE market.

10.     MTD manufactures and sells its products under one of the many brands it owns, including, upon information and belief, Bolens, Columbia, Cub Cadet, Farm King, GardenWay, Gold Series, Gutbrod, Lawnflite, Mastercut, McCulloch, Mow Master, MTD, Novotrac, Rasentrac, Ryobi, Troy-Bilt, Ventzki, Ventzki MTD, White Outdoor, Yard Machines, Yard-Man, and YardWorks, among others.

11.     As part of its operations, MTD manufactures and sells hand-held line trimmers under several of its brand names.

12.     Upon information and belief, MTD manufactures and sells (or causes to be manufactured and sold) hundreds of thousands of hand-held line trimmers in the United States, including within this judicial district, every year.

13.     Upon information and belief, MTD puts each and every one of these items (or causes each and every one of these items to be put) in the stream of commerce in the United States every year.

## II.     MTD's Patent 4,651,422

14.     In or about the summer of 2000, MTD acquired Ryobi Limited's North America outdoor product business.

15.     As part of this transaction, on or about June 14, 2000, MTD was conveyed Ryobi Limited's interest in U.S. Patent No. 4,651,422 ("the '422 Patent"), entitled "LINE GUARD FOR A LINE CUTTING TYPE WEED TRIMMER," which had issued on March 24, 1987.  A true and correct copy of the '422 Patent is attached hereto as Exhibit "A."

16.     Since this transaction and continuing through the present, MTD has incorporated various styles of line guards into hundreds of models of line trimmers sold under its many brands.

17.     MTD has marked (or caused to be marked) each of these line guards with "U.S. Pat. No. 4,651,422."

18.      The '422 Patent expired on March 24, 2004.

**III.     MTD's False Marking of Patent 4,651,422**

19.     Notwithstanding the fact that the '422 Patent expired on March 24, 2004, MTD has manufactured and sold (or has caused to be manufactured and sold), and currently manufactures and sells (or causes to be manufactured or sold), dozens of models of line trimmers to the general consuming public throughout the United States, including in this judicial district, that are marked with the '422 Patent.

20.     Since March 24, 2004, MTD has marked (or caused to be marked) and continues to mark (or causes to be marked) at least the following product models (directly or on the packaging or instructions thereof) with the '422 Patent:

1.      Bolens model BL100 41AD100G065
2.      Bolens model BL100 41AD100G163
3.      Bolens model BL100 41AD100G763
4.      Bolens model BL100 41AD100G965
5.      Bolens model BL100 41BD100G163
6.      Bolens model BL100 41BD100G765
7.      Bolens model BL100 41BD100G965
8.      Bolens model BL100 41CD100G163
9.      Bolens model BL100 41CD100G765
10.     Bolens model BL150 41AD150G065
11.     Bolens model BL150 41AD150G163
12.     Bolens model BL150 41AD150G763
13.     Bolens model BL150 41AD150G965

14.     Bolens model BL150 41BD150G163
15.     Bolens model BL150 41BD150G765
16.     Bolens model BL150 41BD150G965
17.     Bolens model BL150 41CD150G163
18.     Bolens model BL150 41CD150G765
19.     Bolens model BL150 41CD150G765
20.     Bolens model BL26CO 41AD02OG965
21.     Bolens model BL26CO 41AD26OG965
22.     Bolens model BL26SS 41AD26SC965
23.     McCulloch model MT700 41AD700G929
24.     McCulloch model MT700 41AD700G977
25.     McCulloch model MT700 41BD700G977
26.     McCulloch model MT700 41CD700G977
27.     McCulloch model MT725 41AD725G977
28.     McCulloch model MT725 41BD725C977
29.     McCulloch model MT765 41AD765G977
30.     McCulloch model MT765 41BD765G977
31.     McCulloch model MT765 41CD765G977
32.     McCulloch model MT767J 41AD76JG977
33.     MTD model 2800mvp 41AD28VG000
34.     MTD model 41AD546G799 (316.791910)
35.     MTD model 41AD576C799 (316.796170)
36.     MTD model 41AD578C799 (316.791970)
37.     MTD model 41AD588C799 (316.791930)
38.     MTD model 41AD760C799 (316.791870)
39.     MTD model 41AD766C799 (316.791860)
40.     MTD model 41AD770C799 (316.791890)
41.     MTD model 41AD778C799 (316.791900)
42.     MTD model 700r 41AD700G734
43.     MTD model 700r 41ADL01G734
44.     MTD model 700r 41BDL01G034
45.     MTD model 700r 41CD700G034
46.     MTD model 725r 41AD725A734
47.     MTD model 725r 41ADL04A734
48.     MTD model 725r 41BD725A734
49.     MTD model 725r 41BDL04A034
50.     MTD model 725r 41DD725A034
51.     MTD model 725r 41ED725A034
52.     MTD model 765r 41AD65CG034
53.     MTD model 765r 41AD765G034
54.     MTD model 765r 41AD765G734
55.     MTD model 765r 41ADL02G034
56.     MTD model 765r 41ADL02G734
57.     MTD model 765r 41BD765G034
58.     MTD model 765r 41BD765G734
59.     MTD model 765r 41BDL02G034

60. MTD model 766r 41BD766G034
61. MTD model 766r 41CD766G034
62. MTD model 767r 41AD767G034
63. MTD model 767r 41BD767G034
64. MTD model 767r 41CD767G034
65. MTD model 767rJ 41DD76JG034
66. MTD model 767rJ 41ED76JG034
67. MTD model 770rEB 41AD7EBC034
68. MTD model 775r 41AD775A034
69. MTD model 775r 41AD775A734
70. MTD model 775r 41AD775B034
71. MTD model 775r 41ADL05A034
72. MTD model 775r 41ADL05A734
73. MTD model 775r 41BD775A034
74. MTD model 775r 41BD775A734
75. MTD model 775r 41BD775B034
76. MTD model 775r 41BDL05A034
77. MTD model 775r 41CD775A034
78. MTD model 775r 41CD775B034
79. MTD model 775r 41DD775A034
80. MTD model 775r 41ED775A034
81. MTD model 775r 41FD775A034
82. MTD model 875r 41AD875A034
83. MTD model 875r 41AD875A734
84. MTD model 875r 41BD875A034
85. MTD model 875r 41CD875A034
86. MTD model AF720 41AJAF-C954
87. MTD model SS725r 41AJSS-A034
88. MTD model SS725r 41AJSS-A054
89. MTD model SS725r 41AJSS-B034
90. MTD model SS725r 41AJSS-B054
91. MTD model SS725r 41AJSS-C954
92. Troy-Bilt model BCR4 41AD179G695
93. Troy-Bilt model TB10CS 41ADT10G966
94. Troy-Bilt model TB10CS 41BDT10G966
95. Troy-Bilt model TB10CS 41CDT10G966
96. Troy-Bilt model TB15CS 41ADT15C066
97. Troy-Bilt model TB15CS 41ADT15C966
98. Troy-Bilt model TB2000 41ADTB2G063
99. Troy-Bilt model TB20CS 41ADT20C711
100. Troy-Bilt model TB20CS 41BDT20C711
101. Troy-Bilt model TB20CS 41CDT20C966
102. Troy-Bilt model TB20CS TUFFY 41BDT20C966
103. Troy-Bilt model TB20DC 41ADT20C966
104. Troy-Bilt model TB25CS 41ADT25C063
105. Troy-Bilt model TB25CS 41ADT25C066

106. Troy-Bilt model TB25CS 41ADT25C763
107. Troy-Bilt model TB25CS 41ADT25C766
108. Troy-Bilt model TB25CS 41ADT25C966
109. Troy-Bilt model TB25CS 41BDT25C063
110. Troy-Bilt model TB25CS 41BDT25C766
111. Troy-Bilt model TB25ET 41ADT2EC063
112. Troy-Bilt model TB25ET 41ADT2EC066
113. Troy-Bilt model TB25ET 41ADT2EC711
114. Troy-Bilt model TB25ET 41ADT2EC966
115. Troy-Bilt model TB25ET 41BDT2EC063
116. Troy-Bilt model TB26CO 41AD26OG966
117. Troy-Bilt model TB3000 41ADTB3G063
118. Troy-Bilt model TB4000 41ADTB4G063
119. Troy-Bilt model TB415CS 41ADT41C711
120. Troy-Bilt model TB415CS 41BDT41G966
121. Troy-Bilt model TB425CS 41ADT42C063
122. Troy-Bilt model TB425CS 41ADT42C711
123. Troy-Bilt model TB425CS 41ADT42C766
124. Troy-Bilt model TB425CS 41ADT42C966
125. Troy-Bilt model TB465SS 41ADT46C711
126. Troy-Bilt model TB465SS PONY 41ADT46C966
127. Troy-Bilt model TB475SS 41ADT47C063
128. Troy-Bilt model TB475SS 41ADT47C711
129. Troy-Bilt model TB475SS 41ADT47C766
130. Troy-Bilt model TB475SS 41ADT47C966
131. Troy-Bilt model TB475SS 41BDT47C063
132. Troy-Bilt model TB514CS 41ADT51G966
133. Troy-Bilt model TB514ES 41BDT51G966
134. Troy-Bilt model TB525CS 41ADT52C711
135. Troy-Bilt model TB525CS 41BDT52C966
136. Troy-Bilt model TB525CS HORSE 41ADT52C966
137. Troy-Bilt model TB525ES 41CDT52C966
138. Troy-Bilt model TB525ET 41ADT5EC966
139. Troy-Bilt model TB539E 41ADT53C966
140. Troy-Bilt model TB575SS 41ADT57C711
141. Troy-Bilt model TB575SS BIG RED 41ADT57C966
142. Troy-Bilt model TB65SS 41ADT65G966
143. Troy-Bilt model TB65SS 41BDT65G966
144. Troy-Bilt model TB65SS 41CDT65G966
145. Troy-Bilt model TB70FH 41AD70FC966
146. Troy-Bilt model TB70SS 41ADT70C711
147. Troy-Bilt model TB70SS 41ADT70C966
148. Troy-Bilt model TB70SS 41BDT70C711
149. Troy-Bilt model TB70SS 41CDT70C966
150. Troy-Bilt model TB75SS 41ADT75C063
151. Troy-Bilt model TB75SS 41ADT75C066

152.  Troy-Bilt model TB75SS 41ADT75C763
153.  Troy-Bilt model TB75SS 41ADT75C766
154.  Troy-Bilt model TB75SS 41ADT75C966
155.  Troy-Bilt model TB75SS 41BDT75C766
156.  Troy-Bilt model TB75SS 41CDT75C063
157.  Troy-Bilt model TBSS 41AJSS-C063
158.  Troy-Bilt model TBSS 41AJSS-C711
159.  Troy-Bilt model TBSS 41AJSS-C766
160.  Troy-Bilt model TBSS 41AJSS-C966
161.  Yard Machine model 2800m 41AD280G700
162.  Yard Machines model 2800M 41AD280G900
163.  Yard Machines model 2800m 41BD280G700
164.  Yard Machines model 2800M 41BD280G900
165.  Yard Machines model 2800m 41CD280G000
166.  Yard Machines model 3100M 41AD310G900
167.  Yard Machines model Y26CO 41AD26OG900
168.  Yard Machines model Y26CO 41BD26OG900
169.  Yard Machines model Y26SS 41AD26SC900
170.  Yard Machines model Y26SS 41BD26SC900
171.  Yard Machines model Y28 41ADY28G900
172.  Yard Machines model Y28 41CDY28G000
173.  Yard Machines model Y28VP 41ADYVPG900
174.  Yard Machines model Y700 41AD7VPG900
175.  Yard Machines model Y700 41ADY70G000
176.  Yard Machines model Y700VP 41BD7VPG900
177.  Yard Machines model Y725 41AD725C900
178.  Yard Machines model Y725 41AD725G900
179.  Yard Machines model Y765 41AD765G900
180.  Yard Machines model Y765 41BD765G900
181.  Yard Machines model Y765 41CD765G900
182.  Yardman model YM1000 41ADY10G401
183.  Yardman model YM1000 41AD-Y10-G401
184.  Yardman model YM1000 41BDY10G401
185.  Yard-Man model YM137 41AC137C701
186.  Yard-Man model YM137 41AC137C901
187.  Yard-Man model YM1500 41ADY15G401
188.  Yard-Man model YM1500 41ADY15G701
189.  Yard-Man model YM1500 41BDY15G401
190.  Yard-Man model YM1500 41BDY15G901
191.  Yard-Man model YM1500 41CDY15G901
192.  Yard-Man model YM20CS 41ADY20C901
193.  Yard-Man model YM21SS 41AD26SC701
194.  Yard-Man model YM25 41ADY25C401
195.  Yard-Man model YM26SS 41AD26SC401
196.  Yard-Man model YM26SS 41AD26SC901
197.  Yard-Man model YM300 41ADY30G401

198.    Yard-Man model YM300 41BDY30G401
199.    Yard-Man model YM400 41ADY40G401
200.    Yard-Man model YM400 41ADY40G755
201.    Yard-Man model YM400 41ADY40G901
202.    Yard-Man model YM400 41BDY40G401
203.    Yard-Man model YM400 41BDY40G701
204.    Yard-Man model YM400 41BDY40G755
205.    Yard-Man model YM400 41BDY40G901
206.    Yard-Man model YM4125CS 41ADY42C901
207.    Yard-Man model YM70SS 41ADY70C901
208.    Yard-Man model YM75 41ADY75C401

21.    In addition to selling line guards marked with the '422 Patent as an integrated component of its line trimmers, MTD also sells line guards marked with "U.S. Pat. No. 4,651,422" as stand-alone replacement parts.

22.    MTD identifies these replacement parts by part numbers 753-1213, 753-04283, 791-180341, 791-180548, 791-181659, and 791-182189, among others.

23.    Upon information and belief, since March 24, 2004, MTD has manufactured and sold (or has caused to be manufactured and sold) throughout the United States, including within this judicial district, hundreds of thousands, possibly millions, of line guards marked with the '422 Patent incorporated into line trimmers or as stand-alone replacement parts.

24.    Upon information and belief, MTD has marked, and continues to mark, line guards incorporated into line trimmers and stand-alone replacement line guards with the '422 Patent for the purpose of deceiving the public into believing that such line trimmers and stand-alone replacement line guards are covered by the '422 Patent.

25.    Upon information and belief, since March 24, 2004, MTD has used the '422 Patent in advertising on its Internet website and throughout the United States, including within

this judicial district, in connection with its line trimmers and stand-alone replacement line guards.

26.     Upon information and belief, MTD's Internet website has undergone hundreds of modifications since March 24, 2004, and in each version, MTD has used the '422 Patent in connection with line trimmers and stand-alone replacement line guards marked with the '422 Patent for the purpose of deceiving the public into believing that such line trimmers and stand-alone replacement line guards are covered by the '422 Patent.

27.     MTD is a large, sophisticated company with decades of experience in applying for, acquiring, and litigating patents, and knows or reasonably should know of the requirements and provisions of 35 U.S.C. §292.

28.     MTD knows or reasonably should know that the purpose of marking a product with a patent number is to put competitors and the public at large on notice of exclusive and legally enforceable rights with respect to that product.

29.     MTD knows or reasonably should know that all patents, including the '422 Patent, have a limited duration.

30.     After March 24, 2004, MTD's products marked with the '422 Patent (directly or on the packaging or instructions thereof) were no longer covered by the '422 Patent.

31.     After March 24, 2004, MTD could not have any reasonable belief that the products it marked with the '422 Patent were covered by the '422 Patent.

32.     Upon information and belief, MTD knew that the products it marked with the '422 Patent after Marfch 24, 2004, were marked (directly or on the packaging or instructions thereof) with an expired patent.

33.     MTD continues to mark line trimmers and stand-alone replacement line guards with the '422 Patent (directly or on the packaging or instructions thereof).

34.     As set forth in detail herein, and for other reasons which will be later proven upon completion of discovery, MTD has falsely marked each of the line trimmers and stand-alone replacement line guards described in this Complaint, and has used the '422 Patent in advertising in connection with such line trimmers and stand-alone replacement line guards, for the purpose of deceiving the public into believing that such line trimmers and stand-alone replacement line guards are covered by the '422 Patent.

35.     By marking and continuing to mark hundreds of thousands, if not millions, of articles with the '422 Patent since March 24, 2004, without a reasonable belief that such articles were covered by the '422 Patent, and by using the '422 Patent in advertising in connection with such line trimmers and stand-alone replacement line guards, MTD has injured the sovereign interests of the United States of America as well as the public interest, and has discouraged or deterred honest competition and innovation in competing products.

## COUNT I

### FALSE MARKING OF
### <u>BOLENS MODEL BL100 41AD100G065</u>

36.     Plaintiff incorporates the allegations of paragraphs 1 through 35 as though set forth at length herein.

37.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Bolens model BL100 41AD100G065.

38.     Since March 24, 2004, MTD has marked and continues to mark the line guard on the Bolens model BL100 41AD100G065 with the '422 Patent.

39.     Because the '422 Patent expired on March 24, 2004, the Bolens model BL100 41AD100G065 was no longer covered by the '422 Patent after that date.

40.     MTD knows that each Bolens model BL100 41AD100G065 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

41.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Bolens model BL100 41AD100G065 product with the '422 Patent for the purpose of deceiving the public.

**COUNT II**

**FALSE MARKING OF**
**BOLENS MODEL BL100 41AD100G163**

42.     Plaintiff incorporates the allegations of paragraphs 1 through 41 as though set forth at length herein.

43.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Bolens model BL100 41AD100G163.

44.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Bolens model BL100 41AD100G163 with the '422 Patent.

45.     Because the '422 Patent expired on March 24, 2004, the Bolens model BL100 41AD100G163 was no longer covered by the '422 Patent after that date.

46.     MTD knows that each Bolens model BL100 41AD100G163 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

47.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Bolens model BL100 41AD100G163 product with the '422 Patent for the purpose of deceiving the public.

## COUNT III

### FALSE MARKING OF
### <u>BOLENS MODEL BL100 41AD100G763</u>

48.     Plaintiff incorporates the allegations of paragraphs 1 through 47 as though set forth at length herein.

49.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Bolens model BL100 41AD100G763.

50.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Bolens model BL100 41AD100G763 with the '422 Patent.

51.     Because the '422 Patent expired on March 24, 2004, the Bolens model BL100 41AD100G763 was no longer covered by the '422 Patent after that date.

52.     MTD knows that each Bolens model BL100 41AD100G763 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

53.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Bolens model BL100 41AD100G763 product with the '422 Patent for the purpose of deceiving the public.

## COUNT IV

## FALSE MARKING OF
## BOLENS MODEL BL100 41AD100G763

54.     Plaintiff incorporates the allegations of paragraphs 1 through 53 as though set forth at length herein.

55.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Bolens model BL100 41AD100G965.

56.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Bolens model BL100 41AD100G965 with the '422 Patent.

57.     Because the '422 Patent expired on March 24, 2004, the Bolens model BL100 41AD100G965 was no longer covered by the '422 Patent after that date.

58.     MTD knows that each Bolens model BL100 41AD100G965 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

59.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Bolens model BL100 41AD100G965 product with the '422 Patent for the purpose of deceiving the public.

## COUNT V

### FALSE MARKING OF
### <u>BOLENS MODEL BL100 41BD100G163</u>

60.     Plaintiff incorporates the allegations of paragraphs 1 through 59 as though set forth at length herein.

61.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Bolens model BL100 41BD100G163.

62.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Bolens model BL100 41BD100G163 with the '422 Patent.

63.     Because the '422 Patent expired on March 24, 2004, the Bolens model BL100 41BD100G163 was no longer covered by the '422 Patent after that date.

64.     MTD knows that each Bolens model BL100 41BD100G163 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

65.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Bolens model BL100 41BD100G163 product with the '422 Patent for the purpose of deceiving the public.

### COUNT VI

### FALSE MARKING OF
### <u>BOLENS MODEL BL100 41BD100G765</u>

66.     Plaintiff incorporates the allegations of paragraphs 1 through 65 as though set forth at length herein.

67.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Bolens model BL100 41BD100G765.

68.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Bolens model BL100 41BD100G765 with the '422 Patent.

69.     Because the '422 Patent expired on March 24, 2004, the Bolens model BL100 41BD100G765 was no longer covered by the '422 Patent after that date.

70.     MTD knows that each Bolens model BL100 41BD100G765 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

71.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Bolens model BL100 41BD100G765 product with the '422 Patent for the purpose of deceiving the public.

## COUNT VII

### FALSE MARKING OF
### BOLENS MODEL BL100 41BD100G965

72.     Plaintiff incorporates the allegations of paragraphs 1 through 71 as though set forth at length herein.

73.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Bolens model BL100 41BD100G965.

74.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Bolens model BL100 41BD100G965 with the '422 Patent.

75.     Because the '422 Patent expired on March 24, 2004, the Bolens model BL100 41BD100G965 was no longer covered by the '422 Patent after that date.

76.     MTD knows that each Bolens model BL100 41BD100G965 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

77.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Bolens model BL100 41BD100G965 product with the '422 Patent for the purpose of deceiving the public.

## COUNT VIII

### FALSE MARKING OF
### BOLENS MODEL BL100 41CD100G163

78.     Plaintiff incorporates the allegations of paragraphs 1 through 77 as though set forth at length herein.

79.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Bolens model BL100 41CD100G163.

80.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Bolens model BL100 41CD100G163 with the '422 Patent.

81.     Because the '422 Patent expired on March 24, 2004, the Bolens model BL100 41CD100G163 was no longer covered by the '422 Patent after that date.

82.     MTD knows that each Bolens model BL100 41CD100G163 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

83.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Bolens model BL100 41CD100G163 product with the '422 Patent for the purpose of deceiving the public.

## COUNT IX

### FALSE MARKING OF
### BOLENS MODEL BL100 41CD100G765

84.     Plaintiff incorporates the allegations of paragraphs 1 through 83 as though set forth at length herein.

85.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Bolens model BL100 41CD100G765.

86.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Bolens model BL100 41CD100G765 with the '422 Patent.

87.     Because the '422 Patent expired on March 24, 2004, the Bolens model BL100 41CD100G765 was no longer covered by the '422 Patent after that date.

88.     MTD knows that each Bolens model BL100 41CD100G765 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

89.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Bolens model BL100 41CD100G765 product with the '422 Patent for the purpose of deceiving the public.

## COUNT X

### FALSE MARKING OF
### BOLENS MODEL BL150 41AD150G065

90.     Plaintiff incorporates the allegations of paragraphs 1 through 89 as though set forth at length herein.

91.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Bolens model BL150 41AD150G065.

92.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Bolens model BL150 41AD150G065 with the '422 Patent.

93.     Because the '422 Patent expired on March 24, 2004, the Bolens model BL150 41AD150G065 was no longer covered by the '422 Patent after that date.

94.     MTD knows that each Bolens model BL150 41AD150G065 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

95.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Bolens model BL150 41AD150G065 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XI

### FALSE MARKING OF
### BOLENS MODEL BL150 41AD150G163

96.     Plaintiff incorporates the allegations of paragraphs 1 through 95 as though set forth at length herein.

97.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Bolens model BL150 41AD150G163.

98.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Bolens model BL150 41AD150G163 with the '422 Patent.

99.     Because the '422 Patent expired on March 24, 2004, the Bolens model BL150 41AD150G163 was no longer covered by the '422 Patent after that date.

100.    MTD knows that each Bolens model BL150 41AD150G163 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

101.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Bolens model BL150 41AD150G163 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XII

### FALSE MARKING OF
### BOLENS MODEL BL150 41AD150G763

102.    Plaintiff incorporates the allegations of paragraphs 1 through 101 as though set forth at length herein.

103.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Bolens model BL150 41AD150G763.

104.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Bolens model BL150 41AD150G763 with the '422 Patent.

105.    Because the '422 Patent expired on March 24, 2004, the Bolens model BL150 41AD150G763 was no longer covered by the '422 Patent after that date.

106.    MTD knows that each Bolens model BL150 41AD150G763 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

107.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Bolens model BL150 41AD150G763 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XIII

### FALSE MARKING OF
### BOLENS MODEL BL150 41AD150G965

108.    Plaintiff incorporates the allegations of paragraphs 1 through 107 as though set forth at length herein.

109.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Bolens model BL150 41AD150G965.

110.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Bolens model BL150 41AD150G965 with the '422 Patent.

111.    Because the '422 Patent expired on March 24, 2004, the Bolens model BL150 41AD150G965 was no longer covered by the '422 Patent after that date.

112.    MTD knows that each Bolens model BL150 41AD150G965 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

113.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Bolens model BL150 41AD150G965 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XIV

### FALSE MARKING OF
### BOLENS MODEL BL150 41BD150G163

114.   Plaintiff incorporates the allegations of paragraphs 1 through 113 as though set forth at length herein.

115.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Bolens model BL150 41BD150G163.

116.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Bolens model BL150 41BD150G163 with the '422 Patent.

117.   Because the '422 Patent expired on March 24, 2004, the Bolens model BL150 41BD150G163 was no longer covered by the '422 Patent after that date.

118.   MTD knows that each Bolens model BL150 41BD150G163 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

119.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Bolens model BL150 41BD150G163 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XV

### FALSE MARKING OF
### BOLENS MODEL BL150 41BD150G765

120.     Plaintiff incorporates the allegations of paragraphs 1 through 119 as though set forth at length herein.

121.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Bolens model BL150 41BD150G765.

122.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Bolens model BL150 41BD150G765 with the '422 Patent.

123.     Because the '422 Patent expired on March 24, 2004, the Bolens model BL150 41BD150G765 was no longer covered by the '422 Patent after that date.

124.     MTD knows that each Bolens model BL150 41BD150G765 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

125.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Bolens model BL150 41BD150G765 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XVI

### FALSE MARKING OF
### BOLENS MODEL BL150 41BD150G965

126.     Plaintiff incorporates the allegations of paragraphs 1 through 125 as though set forth at length herein.

127.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Bolens model BL150 41BD150G965.

128.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Bolens model BL150 41BD150G965 with the '422 Patent.

129.   Because the '422 Patent expired on March 24, 2004, the Bolens model BL150 41BD150G965 was no longer covered by the '422 Patent after that date.

130.   MTD knows that each Bolens model BL150 41BD150G965 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

131.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Bolens model BL150 41BD150G965 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XVII

### FALSE MARKING OF
### BOLENS MODEL BL150 41CD150G163

132.   Plaintiff incorporates the allegations of paragraphs 1 through 131 as though set forth at length herein.

133.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Bolens model BL150 41CD150G163.

134.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Bolens model BL150 41CD150G163 with the '422 Patent.

135.     Because the '422 Patent expired on March 24, 2004, the Bolens model BL150 41CD150G163 was no longer covered by the '422 Patent after that date.

136.     MTD knows that each Bolens model BL150 41CD150G163 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

137.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Bolens model BL150 41CD150G163 product with the '422 Patent for the purpose of deceiving the public.

**COUNT XIX**

**FALSE MARKING OF<br>BOLENS MODEL BL150 41CD150G765**

138.     Plaintiff incorporates the allegations of paragraphs 1 through 137 as though set forth at length herein.

139.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Bolens model BL150 41CD150G765.

140.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Bolens model BL150 41CD150G765 with the '422 Patent.

141.     Because the '422 Patent expired on March 24, 2004, the Bolens model BL150 41CD150G765 was no longer covered by the '422 Patent after that date.

142.     MTD knows that each Bolens model BL150 41CD150G765 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

143.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Bolens model BL150 41CD150G765 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XX

### FALSE MARKING OF
### BOLENS MODEL BL26CO 41AD02OG965

144.     Plaintiff incorporates the allegations of paragraphs 1 through 145 as though set forth at length herein.

145.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Bolens model BL26CO 41AD02OG965.

146.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Bolens model BL26CO 41AD02OG965 with the '422 Patent.

147.     Because the '422 Patent expired on March 24, 2004, the Bolens model BL26CO 41AD02OG965 was no longer covered by the '422 Patent after that date.

148.     MTD knows that each Bolens model BL26CO 41AD02OG965 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

149.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Bolens model BL26CO 41AD02OG965 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XXI

## FALSE MARKING OF
## BOLENS MODEL BL26CO 41AD26OG965

150.    Plaintiff incorporates the allegations of paragraphs 1 through 149 as though set forth at length herein.

151.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Bolens model BL26CO 41AD26OG965.

152.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Bolens model BL26CO 41AD26OG965 with the '422 Patent.

153.    Because the '422 Patent expired on March 24, 2004, the Bolens model BL26CO 41AD26OG965 was no longer covered by the '422 Patent after that date.

154.    MTD knows that each Bolens model BL26CO 41AD26OG965 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

155.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Bolens model BL26CO 41AD26OG965 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XXII

## FALSE MARKING OF
## BOLENS MODEL BL26SS 41AD26SC965

156.    Plaintiff incorporates the allegations of paragraphs 1 through 155 as though set forth at length herein.

157.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Bolens model BL26SS 41AD26SC965.

158.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Bolens model BL26SS 41AD26SC965 with the '422 Patent.

159.     Because the '422 Patent expired on March 24, 2004, the Bolens model BL26SS 41AD26SC965 was no longer covered by the '422 Patent after that date.

160.     MTD knows that each Bolens model BL26SS 41AD26SC965 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

161.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Bolens model BL26SS 41AD26SC965 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XXIII

### FALSE MARKING OF
### MCCULLOCH MODEL MT700 41AD700G929

162.     Plaintiff incorporates the allegations of paragraphs 1 through 161 as though set forth at length herein.

163.     MTD manufactured, marketed, and sold a line trimmer identified as McCulloch model MT700 41AD700G929.

164.     Since March 24, 2004, MTD marked the line guard on the McCulloch model MT700 41AD700G929 with the '422 Patent.

165.     Because the '422 Patent expired on March 24, 2004, the McCulloch model MT700 41AD700G929 was no longer covered by the '422 Patent after that date.

166.     MTD knew that each McCulloch model MT700 41AD700G929 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

167.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the McCulloch model MT700 41AD700G929 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XXIV

### FALSE MARKING OF
### MCCULLOCH MODEL MT700 41AD700G977

168.     Plaintiff incorporates the allegations of paragraphs 1 through 167 as though set forth at length herein.

169.     MTD manufactured, marketed, and sold a line trimmer identified as McCulloch model MT700 41AD700G977.

170.     Since March 24, 2004, MTD marked the line guard on the McCulloch model MT700 41AD700G977 with the '422 Patent.

171.     Because the '422 Patent expired on March 24, 2004, the McCulloch model MT700 41AD700G977 was no longer covered by the '422 Patent after that date.

172.     MTD knew that each McCulloch model MT700 41AD700G977 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

173.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the McCulloch model MT700 41AD700G977 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XXV

### FALSE MARKING OF
### <u>MCCULLOCH MODEL MT700 41BD700G977</u>

174.    Plaintiff incorporates the allegations of paragraphs 1 through 173 as though set forth at length herein.

175.    MTD manufactured, marketed, and sold a line trimmer identified as McCulloch model MT700 41BD700G977.

176.    Since March 24, 2004, MTD marked the line guard on the McCulloch model MT700 41BD700G977with the '422 Patent.

177.    Because the '422 Patent expired on March 24, 2004, the McCulloch model MT700 41BD700G977 was no longer covered by the '422 Patent after that date.

178.    MTD knew that each McCulloch model MT700 41BD700G977 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

179.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the McCulloch model MT700 41BD700G977 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XXVI

## FALSE MARKING OF
## MCCULLOCH MODEL MT700 41CD700G977

180.     Plaintiff incorporates the allegations of paragraphs 1 through 179 as though set forth at length herein.

181.     MTD manufactured, marketed, and sold a line trimmer identified as McCulloch model MT700 41CD700G977.

182.     Since March 24, 2004, MTD marked the line guard on the McCulloch model MT700 41CD700G977 with the '422 Patent.

183.     Because the '422 Patent expired on March 24, 2004, the McCulloch model MT700 41CD700G977 was no longer covered by the '422 Patent after that date.

184.     MTD knew that each McCulloch model MT700 41CD700G977 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

185.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the McCulloch model MT700 41CD700G977 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XXVII

## FALSE MARKING OF
## MCCULLOCH MODEL MT725 41AD725G977

186.     Plaintiff incorporates the allegations of paragraphs 1 through 185 as though set forth at length herein.

187.    MTD manufactured, marketed, and sold a line trimmer identified as McCulloch model MT725 41AD725G977.

188.    Since March 24, 2004, MTD marked the line guard on the McCulloch model MT725 41AD725G977 with the '422 Patent.

189.    Because the '422 Patent expired on March 24, 2004, the McCulloch model MT725 41AD725G977 was no longer covered by the '422 Patent after that date.

190.    MTD knew that each McCulloch model MT725 41AD725G977 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

191.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the McCulloch model MT725 41AD725G977 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XXVIII

### FALSE MARKING OF
### MCCULLOCH MODEL MT725 41BD725C977

192.    Plaintiff incorporates the allegations of paragraphs 1 through 191 as though set forth at length herein.

193.    MTD manufactured, marketed, and sold a line trimmer identified as McCulloch model MT725 41BD725C977.

194.    Since March 24, 2004, MTD marked line guard on the McCulloch model MT725 41BD725C977 with the '422 Patent.

195.    Because the '422 Patent expired on March 24, 2004, the McCulloch model MT725 41BD725C977 was no longer covered by the '422 Patent after that date.

196.    MTD knew that each McCulloch model MT725 41BD725C977 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

197.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the McCulloch model MT725 41BD725C977 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XXIX

## FALSE MARKING OF
## MCCULLOCH MODEL MT765 41AD765G977

198.    Plaintiff incorporates the allegations of paragraphs 1 through 197 as though set forth at length herein.

199.    MTD manufactured, marketed, and sold a line trimmer identified as McCulloch model MT765 41AD765G977.

200.    Since March 24, 2004, MTD marked the line guard on the McCulloch model MT765 41AD765G977 with the '422 Patent.

201.    Because the '422 Patent expired on March 24, 2004, the McCulloch model MT765 41AD765G977 was no longer covered by the '422 Patent after that date.

202.    MTD knew that each McCulloch model MT765 41AD765G977 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

203.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the McCulloch model MT765 41AD765G977 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XXX

### FALSE MARKING OF
### MCCULLOCH MODEL MT765 41BD765G977

204.    Plaintiff incorporates the allegations of paragraphs 1 through 203 as though set forth at length herein.

205.    MTD manufactured, marketed, and sold a line trimmer identified as McCulloch model MT765 41BD765G977.

206.    Since March 24, 2004, MTD marked the line guard on the McCulloch model MT765 41BD765G977 with the '422 Patent.

207.    Because the '422 Patent expired on March 24, 2004, the McCulloch model MT765 41BD765G977 was no longer covered by the '422 Patent after that date.

208.    MTD knew that each McCulloch model MT765 41BD765G977 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

209.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the McCulloch model MT765 41BD765G977 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XXXI

## FALSE MARKING OF
## <u>MCCULLOCH MODEL MT765 41CD765G977</u>

210.    Plaintiff incorporates the allegations of paragraphs 1 through 209 as though set forth at length herein.

211.    MTD manufactured, marketed, and sold a line trimmer identified as McCulloch model MT765 41CD765G977.

212.    Since March 24, 2004, MTD marked line guard on the McCulloch model MT765 41CD765G977 with the '422 Patent.

213.    Because the '422 Patent expired on March 24, 2004, the McCulloch model MT765 41CD765G977 was no longer covered by the '422 Patent after that date.

214.    MTD knew that each McCulloch model MT765 41CD765G977 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

215.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the McCulloch model MT765 41CD765G977 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XXXII

### FALSE MARKING OF
### MCCULLOCH MODEL MT767J 41AD76JG977

216.     Plaintiff incorporates the allegations of paragraphs 1 through 215 as though set forth at length herein.

217.     MTD manufactured, marketed, and sold a line trimmer identified as McCulloch model MT767J 41AD76JG977.

218.     Since March 24, 2004, MTD marked the line guard on the McCulloch model MT767J 41AD76JG977 with the '422 Patent.

219.     Because the '422 Patent expired on March 24, 2004, the McCulloch model MT767J 41AD76JG977 was no longer covered by the '422 Patent after that date.

220.     MTD knew that each McCulloch model MT767J 41AD76JG977 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

221.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the McCulloch model MT767J 41AD76JG977 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XXXIII

### FALSE MARKING OF
### MTD MODEL 2800MVP 41AD28VG000

222.     Plaintiff incorporates the allegations of paragraphs 1 through 221 as though set forth at length herein.

223.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 2800mvp 41AD28VG000.

224.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 2800mvp 41AD28VG000 with the '422 Patent.

225.    Because the '422 Patent expired on March 24, 2004, the MTD model 2800mvp 41AD28VG000 was no longer covered by the '422 Patent after that date.

226.    MTD knows that each MTD model 2800mvp 41AD28VG000 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

227.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 2800mvp 41AD28VG000 product with the '422 Patent for the purpose of deceiving the public.

**COUNT XXXIV**

**FALSE MARKING OF**
**MTD MODEL 41AD546G799 (316.791910)**

228.    Plaintiff incorporates the allegations of paragraphs 1 through 227 as though set forth at length herein.

229.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 41AD546G799 (316.791910).

230.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 41AD546G799 (316.791910) with the '422 Patent.

231.    Because the '422 Patent expired on March 24, 2004, the MTD model 41AD546G799 (316.791910) was no longer covered by the '422 Patent after that date.

232.    MTD knows that each MTD model 41AD546G799 (316.791910) manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

233.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 41AD546G799 (316.791910) product with the '422 Patent for the purpose of deceiving the public.

## COUNT XXXV

### FALSE MARKING OF
### MTD MODEL 41AD576C799 (316.796170)

234.    Plaintiff incorporates the allegations of paragraphs 1 through 233 as though set forth at length herein.

235.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 41AD576C799 (316.796170).

236.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 41AD576C799 (316.796170) with the '422 Patent.

237.    Because the '422 Patent expired on March 24, 2004, the MTD model 41AD576C799 (316.796170) was no longer covered by the '422 Patent after that date.

238.    MTD knows that each MTD model 41AD576C799 (316.796170) manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

239.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 41AD576C799 (316.796170) product with the '422 Patent for the purpose of deceiving the public.

## COUNT XXXVI

### FALSE MARKING OF
### MTD MODEL 41AD578C799 (316.791970)

240.     Plaintiff incorporates the allegations of paragraphs 1 through 239 as though set forth at length herein.

241.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 41AD578C799 (316.791970).

242.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 41AD578C799 (316.791970) with the '422 Patent.

243.     Because the '422 Patent expired on March 24, 2004, the MTD model 41AD578C799 (316.791970) was no longer covered by the '422 Patent after that date.

244.     MTD knows that each MTD model 41AD578C799 (316.791970) manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

245.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 41AD578C799 (316.791970) product with the '422 Patent for the purpose of deceiving the public.

## COUNT XXXVII

### FALSE MARKING OF
### MTD MODEL 41AD588C799 (316.791930)

246.     Plaintiff incorporates the allegations of paragraphs 1 through 245 as though set forth at length herein.

247.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 41AD588C799 (316.791930).

248.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 41AD588C799 (316.791930) with the '422 Patent.

249.     Because the '422 Patent expired on March 24, 2004, the MTD model 41AD588C799 (316.791930) was no longer covered by the '422 Patent after that date.

250.     MTD knows that each MTD model 41AD588C799 (316.791930) manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

251.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 41AD588C799 (316.791930) product with the '422 Patent for the purpose of deceiving the public.

## COUNT XXXVIII

### FALSE MARKING OF
### MTD MODEL 41AD760C799 (316.791870)

252.     Plaintiff incorporates the allegations of paragraphs 1 through 251 as though set forth at length herein.

253.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 41AD760C799 (316.791870).

254.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 41AD760C799 (316.791870) with the '422 Patent.

255.     Because the '422 Patent expired on March 24, 2004, the MTD model 41AD760C799 (316.791870) was no longer covered by the '422 Patent after that date.

256.     MTD knows that each MTD model 41AD760C799 (316.791870) manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

257.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 41AD760C799 (316.791870) product with the '422 Patent for the purpose of deceiving the public.

### COUNT XXXIX

### FALSE MARKING OF
### MTD MODEL 41AD766C799 (316.791860)

258.     Plaintiff incorporates the allegations of paragraphs 1 through 257 as though set forth at length herein.

259.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 41AD766C799 (316.791860).

260.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 41AD766C799 (316.791860) with the '422 Patent.

261.    Because the '422 Patent expired on March 24, 2004, the MTD model 41AD766C799 (316.791860) was no longer covered by the '422 Patent after that date.

262.    MTD knows that each MTD model 41AD766C799 (316.791860) manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

263.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 41AD766C799 (316.791860) product with the '422 Patent for the purpose of deceiving the public.

## COUNT XL

### FALSE MARKING OF
### MTD MODEL 41AD770C799 (316.791890)

264.    Plaintiff incorporates the allegations of paragraphs 1 through 263 as though set forth at length herein.

265.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 41AD770C799 (316.791890).

266.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 41AD770C799 (316.791890) with the '422 Patent.

267.    Because the '422 Patent expired on March 24, 2004, the MTD model 41AD770C799 (316.791890) was no longer covered by the '422 Patent after that date.

268.    MTD knows that each MTD model 41AD770C799 (316.791890) manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

269.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 41AD770C799 (316.791890) product with the '422 Patent for the purpose of deceiving the public.

## COUNT XLI

### FALSE MARKING OF
### MTD MODEL 41AD778C799 (316.791900)

270.    Plaintiff incorporates the allegations of paragraphs 1 through 269 as though set forth at length herein.

271.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 41AD778C799 (316.791900).

272.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 41AD778C799 (316.791900) with the '422 Patent.

273.    Because the '422 Patent expired on March 24, 2004, the MTD model 41AD778C799 (316.791900) was no longer covered by the '422 Patent after that date.

274.    MTD knows that each MTD model 41AD778C799 (316.791900) manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

275.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 41AD778C799 (316.791900) product with the '422 Patent for the purpose of deceiving the public.

## COUNT XLII

## FALSE MARKING OF
## MTD MODEL 700r 41AD700G734

276.    Plaintiff incorporates the allegations of paragraphs 1 through 275 as though set forth at length herein.

277.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 700r 41AD700G734.

278.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 700r 41AD700G734 with the '422 Patent.

279.    Because the '422 Patent expired on March 24, 2004, the MTD model 700r 41AD700G734 was no longer covered by the '422 Patent after that date.

280.    MTD knows that each MTD model 700r 41AD700G734 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

281.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 700r 41AD700G734 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XLIII

## FALSE MARKING OF
## MTD MODEL 700r 41ADL01G734

282.    Plaintiff incorporates the allegations of paragraphs 1 through 281 as though set forth at length herein.

283.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 700r 41ADL01G734.

284.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 700r 41ADL01G734 with the '422 Patent.

285.    Because the '422 Patent expired on March 24, 2004, the MTD model 700r 41ADL01G734 was no longer covered by the '422 Patent after that date.

286.    MTD knows that each MTD model 700r 41ADL01G734 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

287.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 700r 41ADL01G734 product with the '422 Patent for the purpose of deceiving the public.

**COUNT XLIV**

**FALSE MARKING OF**
**MTD MODEL 700r 41BDL01G034**

288.    Plaintiff incorporates the allegations of paragraphs 1 through 287 as though set forth at length herein.

289.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 700r 41BDL01G034.

290.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 700r 41BDL01G034 with the '422 Patent.

291.    Because the '422 Patent expired on March 24, 2004, the MTD model 700r 41BDL01G034 was no longer covered by the '422 Patent after that date.

292.    MTD knows that each MTD model 700r 41BDL01G034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

293.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 700r 41BDL01G034 product with the '422 Patent for the purpose of deceiving the public.

**COUNT XLV**

**FALSE MARKING OF**
**<u>MTD MODEL 700r 41CD700G034</u>**

294.    Plaintiff incorporates the allegations of paragraphs 1 through 293 as though set forth at length herein.

295.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 700r 41CD700G034.

296.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 700r 41CD700G034 with the '422 Patent.

297.    Because the '422 Patent expired on March 24, 2004, the MTD model 700r 41CD700G034 was no longer covered by the '422 Patent after that date.

298.    MTD knows that each MTD model 700r 41CD700G034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

299.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 700r 41CD700G034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XLVI

### FALSE MARKING OF
### <u>MTD MODEL 725r 41AD725A734</u>

300.     Plaintiff incorporates the allegations of paragraphs 1 through 299 as though set forth at length herein.

301.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 725r 41AD725A734.

302.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 725r 41AD725A734 with the '422 Patent.

303.     Because the '422 Patent expired on March 24, 2004, the MTD model 725r 41AD725A734 was no longer covered by the '422 Patent after that date.

304.     MTD knows that each MTD model 725r 41AD725A734 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

305.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 725r 41AD725A734 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XLVII

### FALSE MARKING OF
### MTD MODEL 725r 41ADL04A734

306.     Plaintiff incorporates the allegations of paragraphs 1 through 305 as though set forth at length herein.

307.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 725r 41ADL04A734.

308.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 725r 41ADL04A734 with the '422 Patent.

309.     Because the '422 Patent expired on March 24, 2004, the MTD model 725r 41ADL04A734 was no longer covered by the '422 Patent after that date.

310.     MTD knows that each MTD model 725r 41ADL04A734 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

311.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 725r 41ADL04A734 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XLVIII

### FALSE MARKING OF
### MTD MODEL 725r 41BD725A734

312.     Plaintiff incorporates the allegations of paragraphs 1 through 311 as though set forth at length herein.

313.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 725r 41BD725A734.

314.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 725r 41BD725A734 with the '422 Patent.

315.     Because the '422 Patent expired on March 24, 2004, the MTD model 725r 41BD725A734 was no longer covered by the '422 Patent after that date.

316.     MTD knows that each MTD model 725r 41BD725A734 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

317.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 725r 41BD725A734 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XLIX

### FALSE MARKING OF
### MTD MODEL 725r 41BDL04A034

318.     Plaintiff incorporates the allegations of paragraphs 1 through 317 as though set forth at length herein.

319.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 725r 41BDL04A034.

320.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 725r 41BDL04A034 with the '422 Patent.

321.    Because the '422 Patent expired on March 24, 2004, the MTD model 725r 41BDL04A034 was no longer covered by the '422 Patent after that date.

322.    MTD knows that each MTD model 725r 41BDL04A034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

323.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 725r 41BDL04A034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT L

### FALSE MARKING OF
### <u>MTD MODEL 725r 41DD725A034</u>

324.    Plaintiff incorporates the allegations of paragraphs 1 through 323 as though set forth at length herein.

325.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 725r 41DD725A034.

326.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 725r 41DD725A034 with the '422 Patent.

327.    Because the '422 Patent expired on March 24, 2004, the MTD model 725r 41DD725A034 was no longer covered by the '422 Patent after that date.

328.    MTD knows that each MTD model 725r 41DD725A034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

329.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 725r 41DD725A034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LI

### FALSE MARKING OF
### <u>MTD MODEL 725r 41ED725A034</u>

330.     Plaintiff incorporates the allegations of paragraphs 1 through 329 as though set forth at length herein.

331.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 725r 41ED725A034.

332.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 725r 41ED725A034 with the '422 Patent.

333.     Because the '422 Patent expired on March 24, 2004, the MTD model 725r 41ED725A034 was no longer covered by the '422 Patent after that date.

334.     MTD knows that each MTD model 725r 41ED725A034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

335.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 725r 41ED725A034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LII

### FALSE MARKING OF
### <u>MTD MODEL 765r 41AD65CG034</u>

336.    Plaintiff incorporates the allegations of paragraphs 1 through 335 as though set forth at length herein.

337.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 765r 41AD65CG034.

338.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 765r 41AD65CG034 with the '422 Patent.

339.    Because the '422 Patent expired on March 24, 2004, the MTD model 765r 41AD65CG034 was no longer covered by the '422 Patent after that date.

340.    MTD knows that each MTD model 765r 41AD65CG034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

341.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 765r 41AD65CG034 product with the '422 Patent for the purpose of deceiving the public.

### COUNT LIII

### FALSE MARKING OF
### <u>MTD MODEL 765r 41AD765G034</u>

342.    Plaintiff incorporates the allegations of paragraphs 1 through 341 as though set forth at length herein.

343.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 765r 41AD765G034.

344.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 765r 41AD765G034 with the '422 Patent.

345.    Because the '422 Patent expired on March 24, 2004, the MTD model 765r 41AD765G034 was no longer covered by the '422 Patent after that date.

346.    MTD knows that each MTD model 765r 41AD765G034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

347.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 765r 41AD765G034 product with the '422 Patent for the purpose of deceiving the public.

**COUNT LIV**

**FALSE MARKING OF**
**<u>MTD MODEL 765r 41AD765G734</u>**

348.    Plaintiff incorporates the allegations of paragraphs 1 through 347 as though set forth at length herein.

349.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 765r 41AD765G734.

350.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 765r 41AD765G734 with the '422 Patent.

351.     Because the '422 Patent expired on March 24, 2004, the MTD model 765r 41AD765G734 was no longer covered by the '422 Patent after that date.

352.     MTD knows that each MTD model 765r 41AD765G734 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

353.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 765r 41AD765G734 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LV

### FALSE MARKING OF
### <u>MTD MODEL 765r 41ADL02G034</u>

354.     Plaintiff incorporates the allegations of paragraphs 1 through 353 as though set forth at length herein.

355.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 765r 41ADL02G034.

356.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 765r 41ADL02G034 with the '422 Patent.

357.     Because the '422 Patent expired on March 24, 2004, the MTD model 765r 41ADL02G034 was no longer covered by the '422 Patent after that date.

358.     MTD knows that each MTD model 765r 41ADL02G034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

359. MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 765r 41ADL02G034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LVI

### FALSE MARKING OF
### <u>MTD MODEL 765r 41ADL02G734</u>

360. Plaintiff incorporates the allegations of paragraphs 1 through 359 as though set forth at length herein.

361. MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 765r 41ADL02G734.

362. Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 765r 41ADL02G734 with the '422 Patent.

363. Because the '422 Patent expired on March 24, 2004, the MTD model 765r 41ADL02G734 was no longer covered by the '422 Patent after that date.

364. MTD knows that each MTD model 765r 41ADL02G734 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

365. MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 765r 41ADL02G734 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LVII

### FALSE MARKING OF
### MTD MODEL 765r 41BD765G034

366.    Plaintiff incorporates the allegations of paragraphs 1 through 365 as though set forth at length herein.

367.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 765r 41BD765G034.

368.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 765r 41BD765G034 with the '422 Patent.

369.    Because the '422 Patent expired on March 24, 2004, the MTD model 765r 41BD765G034 was no longer covered by the '422 Patent after that date.

370.    MTD knows that each MTD model 765r 41BD765G034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

371.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 765r 41BD765G034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LVIII

### FALSE MARKING OF
### MTD MODEL 765r 41BD765G734

372.    Plaintiff incorporates the allegations of paragraphs 1 through 371 as though set forth at length herein.

373.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 765r 41BD765G734.

374.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 765r 41BD765G734 with the '422 Patent.

375.    Because the '422 Patent expired on March 24, 2004, the MTD model 765r 41BD765G734 was no longer covered by the '422 Patent after that date.

376.    MTD knows that each MTD model 765r 41BD765G734 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

377.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 765r 41BD765G734 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LIX

### FALSE MARKING OF
### MTD MODEL 765r 41BDL02G034

378.    Plaintiff incorporates the allegations of paragraphs 1 through 377 as though set forth at length herein.

379.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 765r 41BDL02G034.

380.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 765r 41BDL02G034 with the '422 Patent.

381.    Because the '422 Patent expired on March 24, 2004, the MTD model 765r 41BDL02G034 was no longer covered by the '422 Patent after that date.

382.    MTD knows that each MTD model 765r 41BDL02G034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

383.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 765r 41BDL02G034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LX

### FALSE MARKING OF
### MTD MODEL 766r 41BD766G034

384.    Plaintiff incorporates the allegations of paragraphs 1 through 383 as though set forth at length herein.

385.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 766r 41BD766G034.

386.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 766r 41BD766G034 with the '422 Patent.

387.    Because the '422 Patent expired on March 24, 2004, the MTD model 766r 41BD766G034 was no longer covered by the '422 Patent after that date.

388.    MTD knows that each MTD model 766r 41BD766G034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

389.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 766r 41BD766G034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXI

### FALSE MARKING OF
### MTD MODEL 766r 41CD766G034

390.     Plaintiff incorporates the allegations of paragraphs 1 through 389 as though set forth at length herein.

391.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 766r 41CD766G034.

392.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 766r 41CD766G034 with the '422 Patent.

393.     Because the '422 Patent expired on March 24, 2004, the MTD model 766r 41CD766G034 was no longer covered by the '422 Patent after that date.

394.     MTD knows that each MTD model 766r 41CD766G034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

395.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 766r 41CD766G034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXII

### FALSE MARKING OF
### MTD MODEL 767r 41AD767G034

396.     Plaintiff incorporates the allegations of paragraphs 1 through 395 as though set forth at length herein.

397.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 767r 41AD767G034.

398.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 767r 41AD767G034 with the '422 Patent.

399.     Because the '422 Patent expired on March 24, 2004, the MTD model 767r 41AD767G034 was no longer covered by the '422 Patent after that date.

400.     MTD knows that each MTD model 767r 41AD767G034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

401.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 767r 41AD767G034 product with the '422 Patent for the purpose of deceiving the public.

### COUNT LXIII

### FALSE MARKING OF
### MTD MODEL 767r 41BD767G034

402.     Plaintiff incorporates the allegations of paragraphs 1 through 401 as though set forth at length herein.

403.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 767r 41BD767G034.

404.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 767r 41BD767G034 with the '422 Patent.

405.    Because the '422 Patent expired on March 24, 2004, the MTD model 767r 41BD767G034 was no longer covered by the '422 Patent after that date.

406.    MTD knows that each MTD model 767r 41BD767G034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

407.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 767r 41BD767G034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXIV

### FALSE MARKING OF
### MTD MODEL 767r 41CD767G034

408.    Plaintiff incorporates the allegations of paragraphs 1 through 407 as though set forth at length herein.

409.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 767r 41CD767G034.

410.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 767r 41CD767G034 with the '422 Patent.

411.     Because the '422 Patent expired on March 24, 2004, the MTD model 767r 41CD767G034 was no longer covered by the '422 Patent after that date.

412.     MTD knows that each MTD model 767r 41CD767G034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

413.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 767r 41CD767G034 product with the '422 Patent for the purpose of deceiving the public.

**COUNT LXV**

**FALSE MARKING OF
<u>MTD MODEL 767rJ 41DD76JG034</u>**

414.     Plaintiff incorporates the allegations of paragraphs 1 through 413 as though set forth at length herein.

415.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 767rJ 41DD76JG034.

416.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 767rJ 41DD76JG034 with the '422 Patent.

417.     Because the '422 Patent expired on March 24, 2004, the MTD model 767rJ 41DD76JG034 was no longer covered by the '422 Patent after that date.

418.     MTD knows that each MTD model 767rJ 41DD76JG034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

419.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 767rJ 41DD76JG034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXVI

### FALSE MARKING OF
### MTD MODEL 767rJ 41ED76JG034

420.     Plaintiff incorporates the allegations of paragraphs 1 through 419 as though set forth at length herein.

421.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 767rJ 41ED76JG034.

422.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 767rJ 41ED76JG034 with the '422 Patent.

423.     Because the '422 Patent expired on March 24, 2004, the MTD model 767rJ 41ED76JG034 was no longer covered by the '422 Patent after that date.

424.     MTD knows that each MTD model 767rJ 41ED76JG034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

425.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 767rJ 41ED76JG034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXVII

### FALSE MARKING OF
### <u>MTD MODEL 770rEB 41AD7EBC034</u>

426.     Plaintiff incorporates the allegations of paragraphs 1 through 425 as though set forth at length herein.

427.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 770rEB 41AD7EBC034.

428.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 770rEB 41AD7EBC034 with the '422 Patent.

429.     Because the '422 Patent expired on March 24, 2004, the MTD model 770rEB 41AD7EBC034 was no longer covered by the '422 Patent after that date.

430.     MTD knows that each MTD model 770rEB 41AD7EBC034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

431.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 770rEB 41AD7EBC034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXVIII

### FALSE MARKING OF
### <u>MTD MODEL 775r 41AD775A034</u>

432.     Plaintiff incorporates the allegations of paragraphs 1 through 431 as though set forth at length herein.

433.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 775r 41AD775A034.

434.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 775r 41AD775A034 with the '422 Patent.

435.    Because the '422 Patent expired on March 24, 2004, the MTD model 775r 41AD775A034 was no longer covered by the '422 Patent after that date.

436.    MTD knows that each MTD model 775r 41AD775A034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

437.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 775r 41AD775A034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXIX

### FALSE MARKING OF
### MTD MODEL 775r 41AD775A734

438.    Plaintiff incorporates the allegations of paragraphs 1 through 437 as though set forth at length herein.

439.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 775r 41AD775A734.

440.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 775r 41AD775A734 with the '422 Patent.

441.    Because the '422 Patent expired on March 24, 2004, the MTD model 775r 41AD775A734 was no longer covered by the '422 Patent after that date.

442.    MTD knows that each MTD model 775r 41AD775A734 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

443.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 775r 41AD775A734 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXX

### FALSE MARKING OF
### <u>MTD MODEL 775r 41AD775B034</u>

444.    Plaintiff incorporates the allegations of paragraphs 1 through 443 as though set forth at length herein.

445.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 775r 41AD775B034.

446.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 775r 41AD775B034 with the '422 Patent.

447.    Because the '422 Patent expired on March 24, 2004, the MTD model 775r 41AD775B034 was no longer covered by the '422 Patent after that date.

448.    MTD knows that each MTD model 775r 41AD775B034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

449.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 775r 41AD775B034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXXI

### FALSE MARKING OF
### <u>MTD MODEL 775r 41ADL05A034</u>

450.    Plaintiff incorporates the allegations of paragraphs 1 through 449 as though set forth at length herein.

451.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 775r 41ADL05A034.

452.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 775r 41ADL05A034 with the '422 Patent.

453.    Because the '422 Patent expired on March 24, 2004, the MTD model 775r 41ADL05A034 was no longer covered by the '422 Patent after that date.

454.    MTD knows that each MTD model 775r 41ADL05A034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

455.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 775r 41ADL05A034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXXII

## FALSE MARKING OF
## MTD MODEL 775r 41ADL05A734

456.    Plaintiff incorporates the allegations of paragraphs 1 through 455 as though set forth at length herein.

457.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 775r 41ADL05A734.

458.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 775r 41ADL05A734 with the '422 Patent.

459.    Because the '422 Patent expired on March 24, 2004, the MTD model 775r 41ADL05A734 was no longer covered by the '422 Patent after that date.

460.    MTD knows that each MTD model 775r 41ADL05A734 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

461.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 775r 41ADL05A734 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXXIII

## FALSE MARKING OF
## MTD MODEL 775r 41BD775A034

462.    Plaintiff incorporates the allegations of paragraphs 1 through 461 as though set forth at length herein.

463.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 775r 41BD775A034.

464.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 775r 41BD775A034 with the '422 Patent.

465.    Because the '422 Patent expired on March 24, 2004, the MTD model 775r 41BD775A034 was no longer covered by the '422 Patent after that date.

466.    MTD knows that each MTD model 775r 41BD775A034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

467.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 775r 41BD775A034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXXIV

### FALSE MARKING OF
### <u>MTD MODEL 775r 41BD775A734</u>

468.    Plaintiff incorporates the allegations of paragraphs 1 through 467 as though set forth at length herein.

469.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 775r 41BD775A734.

470.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 775r 41BD775A734 with the '422 Patent.

471.     Because the '422 Patent expired on March 24, 2004, the MTD model 775r 41BD775A734 was no longer covered by the '422 Patent after that date.

472.     MTD knows that each MTD model 775r 41BD775A734 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

473.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 775r 41BD775A734 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXXV

### FALSE MARKING OF
### MTD MODEL 775r 41BD775B034

474.     Plaintiff incorporates the allegations of paragraphs 1 through 473 as though set forth at length herein.

475.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 775r 41BD775B034.

476.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 775r 41BD775B034 with the '422 Patent.

477.     Because the '422 Patent expired on March 24, 2004, the MTD model 775r 41BD775B034 was no longer covered by the '422 Patent after that date.

478.     MTD knows that each MTD model 775r 41BD775B034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

479.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 775r 41BD775B034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXXVI

### FALSE MARKING OF
### <u>MTD MODEL 775r 41BDL05A034</u>

480.    Plaintiff incorporates the allegations of paragraphs 1 through 479 as though set forth at length herein.

481.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 775r 41BDL05A034.

482.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 775r 41BDL05A034 with the '422 Patent.

483.    Because the '422 Patent expired on March 24, 2004, the MTD model 775r 41BDL05A034 was no longer covered by the '422 Patent after that date.

484.    MTD knows that each MTD model 775r 41BDL05A034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

485.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 775r 41BDL05A034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXXVII

### FALSE MARKING OF
### MTD MODEL 775r 41CD775A034

486.     Plaintiff incorporates the allegations of paragraphs 1 through 485 as though set forth at length herein.

487.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 775r 41CD775A034.

488.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 775r 41CD775A034 with the '422 Patent.

489.     Because the '422 Patent expired on March 24, 2004, the MTD model 775r 41CD775A034 was no longer covered by the '422 Patent after that date.

490.     MTD knows that each MTD model 775r 41CD775A034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

491.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 775r 41CD775A034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXXVIII

### FALSE MARKING OF
### MTD MODEL 775r 41CD775B034

492.     Plaintiff incorporates the allegations of paragraphs 1 through 491 as though set forth at length herein.

493.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 775r 41CD775B034.

494.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 775r 41CD775B034 with the '422 Patent.

495.   Because the '422 Patent expired on March 24, 2004, the MTD model 775r 41CD775B034 was no longer covered by the '422 Patent after that date.

496.   MTD knows that each MTD model 775r 41CD775B034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

497.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 775r 41CD775B034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXXIX

## FALSE MARKING OF
## MTD MODEL 775r 41DD775A034

498.   Plaintiff incorporates the allegations of paragraphs 1 through 497 as though set forth at length herein.

499.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 775r 41DD775A034.

500.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 775r 41DD775A034 with the '422 Patent.

501.    Because the '422 Patent expired on March 24, 2004, the MTD model 775r 41DD775A034 was no longer covered by the '422 Patent after that date.

502.    MTD knows that each MTD model 775r 41DD775A034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

503.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 775r 41DD775A034 product with the '422 Patent for the purpose of deceiving the public.

**COUNT LXXX**

**FALSE MARKING OF
MTD MODEL 775r 41ED775A034**

504.    Plaintiff incorporates the allegations of paragraphs 1 through 503 as though set forth at length herein.

505.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 775r 41ED775A034.

506.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 775r 41ED775A034 with the '422 Patent.

507.    Because the '422 Patent expired on March 24, 2004, the MTD model 775r 41ED775A034 was no longer covered by the '422 Patent after that date.

508.    MTD knows that each MTD model 775r 41ED775A034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

509.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 775r 41ED775A034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXXXI

### FALSE MARKING OF
### <u>MTD MODEL 775r 41FD775A034</u>

510.     Plaintiff incorporates the allegations of paragraphs 1 through 509 as though set forth at length herein.

511.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 775r 41FD775A034.

512.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 775r 41FD775A034 with the '422 Patent.

513.     Because the '422 Patent expired on March 24, 2004, the MTD model 775r 41FD775A034 was no longer covered by the '422 Patent after that date.

514.     MTD knows that each MTD model 775r 41FD775A034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

515.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 775r 41FD775A034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXXXII

### FALSE MARKING OF
### MTD MODEL 875r 41AD875A034

516.    Plaintiff incorporates the allegations of paragraphs 1 through 515 as though set forth at length herein.

517.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 875r 41AD875A034.

518.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 875r 41AD875A034 with the '422 Patent.

519.    Because the '422 Patent expired on March 24, 2004, the MTD model 875r 41AD875A034 was no longer covered by the '422 Patent after that date.

520.    MTD knows that each MTD model 875r 41AD875A034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

521.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 875r 41AD875A034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXXXIII

### FALSE MARKING OF
### MTD MODEL 875r 41AD875A734

522.    Plaintiff incorporates the allegations of paragraphs 1 through 521 as though set forth at length herein.

523.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 875r 41AD875A734.

524.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 875r 41AD875A734 with the '422 Patent.

525.     Because the '422 Patent expired on March 24, 2004, the MTD model 875r 41AD875A734 was no longer covered by the '422 Patent after that date.

526.     MTD knows that each MTD model 875r 41AD875A734 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

527.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 875r 41AD875A734 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXXXIV

### FALSE MARKING OF
### MTD MODEL 875r 41BD875A034

528.     Plaintiff incorporates the allegations of paragraphs 1 through 527 as though set forth at length herein.

529.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 875r 41BD875A034.

530.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 875r 41BD875A034 with the '422 Patent.

531.    Because the '422 Patent expired on March 24, 2004, the MTD model 875r 41BD875A034 was no longer covered by the '422 Patent after that date.

532.    MTD knows that each MTD model 875r 41BD875A034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

533.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 875r 41BD875A034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXXXV

### FALSE MARKING OF
### MTD MODEL 875r 41CD875A034

534.    Plaintiff incorporates the allegations of paragraphs 1 through 533 as though set forth at length herein.

535.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model 875r 41CD875A034.

536.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model 875r 41CD875A034 with the '422 Patent.

537.    Because the '422 Patent expired on March 24, 2004, the MTD model 875r 41CD875A034 was no longer covered by the '422 Patent after that date.

538.    MTD knows that each MTD model 875r 41CD875A034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

539.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model 875r 41CD875A034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXXXVI

### FALSE MARKING OF
### <u>MTD MODEL AF720 41AJAF-C954</u>

540.    Plaintiff incorporates the allegations of paragraphs 1 through 539 as though set forth at length herein.

541.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model AF720 41AJAF-C954.

542.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model AF720 41AJAF-C954 with the '422 Patent.

543.    Because the '422 Patent expired on March 24, 2004, the MTD model AF720 41AJAF-C954 was no longer covered by the '422 Patent after that date.

544.    MTD knows that each MTD model AF720 41AJAF-C954 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

545.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model AF720 41AJAF-C954 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXXXVII

## FALSE MARKING OF
## MTD MODEL SS725r 41AJSS-A034

546.    Plaintiff incorporates the allegations of paragraphs 1 through 545 as though set forth at length herein.

547.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model SS725r 41AJSS-A034.

548.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model SS725r 41AJSS-A034 with the '422 Patent.

549.    Because the '422 Patent expired on March 24, 2004, the MTD model SS725r 41AJSS-A034 was no longer covered by the '422 Patent after that date.

550.    MTD knows that each MTD model SS725r 41AJSS-A034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

551.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model SS725r 41AJSS-A034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXXXVIII

## FALSE MARKING OF
## MTD MODEL SS725r 41AJSS-A054

552.    Plaintiff incorporates the allegations of paragraphs 1 through 551 as though set forth at length herein.

553.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model SS725r 41AJSS-A054.

554.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model SS725r 41AJSS-A054 with the '422 Patent.

555.    Because the '422 Patent expired on March 24, 2004, the MTD model SS725r 41AJSS-A054 was no longer covered by the '422 Patent after that date.

556.    MTD knows that each MTD model SS725r 41AJSS-A054 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

557.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model SS725r 41AJSS-A054 product with the '422 Patent for the purpose of deceiving the public.

## COUNT LXXXIX

## FALSE MARKING OF
## MTD MODEL SS725r 41AJSS- B034

558.    Plaintiff incorporates the allegations of paragraphs 1 through 557 as though set forth at length herein.

559.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model SS725r 41AJSS-B034.

560.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model SS725r 41AJSS-B034 with the '422 Patent.

561.    Because the '422 Patent expired on March 24, 2004, the MTD model SS725r 41AJSS-B034 was no longer covered by the '422 Patent after that date.

562.    MTD knows that each MTD model SS725r 41AJSS-B034 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

563.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model SS725r 41AJSS-B034 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XC

### FALSE MARKING OF
### MTD MODEL SS725r 41AJSS- B054

564.    Plaintiff incorporates the allegations of paragraphs 1 through 563 as though set forth at length herein.

565.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model SS725r 41AJSS-B054.

566.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model SS725r 41AJSS-B054 with the '422 Patent.

567.    Because the '422 Patent expired on March 24, 2004, the MTD model SS725r 41AJSS-B054 was no longer covered by the '422 Patent after that date.

568.    MTD knows that each MTD model SS725r 41AJSS-B054 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

569.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model SS725r 41AJSS-B054 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XCI

## FALSE MARKING OF
## MTD MODEL SS725r 41AJSS- C954

570.    Plaintiff incorporates the allegations of paragraphs 1 through 569 as though set forth at length herein.

571.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as MTD model SS725r 41AJSS- C954.

572.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the MTD model SS725r 41AJSS- C954 with the '422 Patent.

573.    Because the '422 Patent expired on March 24, 2004, the MTD model SS725r 41AJSS- C954 was no longer covered by the '422 Patent after that date.

574.    MTD knows that each MTD model SS725r 41AJSS-C954 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

575.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the MTD model SS725r 41AJSS-C954 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XCII

## FALSE MARKING OF
## TROY-BILT MODEL BCR4 41AD179G695

576.     Plaintiff incorporates the allegations of paragraphs 1 through 575 as though set forth at length herein.

577.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model BCR4 41AD179G695.

578.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model BCR4 41AD179G695 with the '422 Patent.

579.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model BCR4 41AD179G695 was no longer covered by the '422 Patent after that date.

580.     MTD knows that each Troy-Bilt model BCR4 41AD179G695 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

581.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model BCR4 41AD179G695 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XCIII

## FALSE MARKING OF
## TROY-BILT MODEL TB10CS 41ADT10G966

582.     Plaintiff incorporates the allegations of paragraphs 1 through 581 as though set forth at length herein.

583.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB10CS 41ADT10G966.

584.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB10CS 41ADT10G966 with the '422 Patent.

585.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB10CS 41ADT10G966 was no longer covered by the '422 Patent after that date.

586.     MTD knows that each Troy-Bilt model TB10CS 41ADT10G966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

587.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB10CS 41ADT10G966 product with the '422 Patent for the purpose of deceiving the public.

**COUNT XCIV**

**FALSE MARKING OF**
**TROY-BILT MODEL TB10CS 41BDT10G966**

588.     Plaintiff incorporates the allegations of paragraphs 1 through 587 as though set forth at length herein.

589.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB10CS 41BDT10G966.

590.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB10CS 41BDT10G966 with the '422 Patent.

591.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB10CS 41BDT10G966 was no longer covered by the '422 Patent after that date.

592.     MTD knows that each Troy-Bilt model TB10CS 41BDT10G966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

593.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB10CS 41BDT10G966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XCV

### FALSE MARKING OF
### TROY-BILT MODEL TB10CS 41CDT10G966

594.     Plaintiff incorporates the allegations of paragraphs 1 through 593 as though set forth at length herein.

595.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB10CS 41CDT10G966.

596.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB10CS 41CDT10G966 with the '422 Patent.

597.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB10CS 41CDT10G966 was no longer covered by the '422 Patent after that date.

598.     MTD knows that each Troy-Bilt model TB10CS 41CDT10G966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

599.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB10CS 41CDT10G966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XCVI

### FALSE MARKING OF
### TROY-BILT MODEL TB15CS 41ADT15C066

600.    Plaintiff incorporates the allegations of paragraphs 1 through 599 as though set forth at length herein.

601.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB15CS 41ADT15C066.

602.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB15CS 41ADT15C066 with the '422 Patent.

603.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB15CS 41ADT15C066 was no longer covered by the '422 Patent after that date.

604.    MTD knows that each Troy-Bilt model TB15CS 41ADT15C066 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

605.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB15CS 41ADT15C066 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XCVI

### FALSE MARKING OF
### TROY-BILT MODEL TB15CS 41ADT15C066

606.    Plaintiff incorporates the allegations of paragraphs 1 through 605 as though set forth at length herein.

607.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB15CS 41ADT15C066.

608.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB15CS 41ADT15C066 with the '422 Patent.

609.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB15CS 41ADT15C066 was no longer covered by the '422 Patent after that date.

610.    MTD knows that each Troy-Bilt model TB15CS 41ADT15C066 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

611.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB15CS 41ADT15C066 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XCVII

### FALSE MARKING OF
### TROY-BILT MODEL TB15CS 41ADT15C966

612.    Plaintiff incorporates the allegations of paragraphs 1 through 611 as though set forth at length herein.

613.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB15CS 41ADT15C966.

614.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB15CS 41ADT15C966 with the '422 Patent.

615.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB15CS 41ADT15C966 was no longer covered by the '422 Patent after that date.

616.    MTD knows that each Troy-Bilt model TB15CS 41ADT15C966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

617.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB15CS 41ADT15C966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XCVIII

### FALSE MARKING OF
### TROY-BILT MODEL TB2000 41ADTB2G063

618.    Plaintiff incorporates the allegations of paragraphs 1 through 617 as though set forth at length herein.

619.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB2000 41ADTB2G063.

620.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB2000 41ADTB2G063 with the '422 Patent.

621.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB2000 41ADTB2G063 was no longer covered by the '422 Patent after that date.

622.    MTD knows that each Troy-Bilt model TB2000 41ADTB2G063 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

623.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB2000 41ADTB2G063 product with the '422 Patent for the purpose of deceiving the public.

## COUNT XCIX

### FALSE MARKING OF
### TROY-BILT MODEL TB20CS 41ADT20C711

624.    Plaintiff incorporates the allegations of paragraphs 1 through 623 as though set forth at length herein.

625.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB20CS 41ADT20C711.

626.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB20CS 41ADT20C711 with the '422 Patent.

627.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB20CS 41ADT20C711 was no longer covered by the '422 Patent after that date.

628.    MTD knows that each Troy-Bilt model TB20CS 41ADT20C711 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

629.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB20CS 41ADT20C711 product with the '422 Patent for the purpose of deceiving the public.

## COUNT C

### FALSE MARKING OF
### <u>TROY-BILT MODEL TB20CS 41BDT20C711</u>

630.    Plaintiff incorporates the allegations of paragraphs 1 through 629 as though set forth at length herein.

631.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB20CS 41BDT20C711.

632.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB20CS 41BDT20C711 with the '422 Patent.

633.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB20CS 41BDT20C711 was no longer covered by the '422 Patent after that date.

634.    MTD knows that each Troy-Bilt model TB20CS 41BDT20C711 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

635.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB20CS 41BDT20C711 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CI

## FALSE MARKING OF
## TROY-BILT MODEL TB20CS 41CDT20C966

636.     Plaintiff incorporates the allegations of paragraphs 1 through 635 as though set forth at length herein.

637.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB20CS 41CDT20C966.

638.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB20CS 41CDT20C966 with the '422 Patent.

639.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB20CS 41CDT20C966 was no longer covered by the '422 Patent after that date.

640.     MTD knows that each Troy-Bilt model TB20CS 41CDT20C966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

641.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB20CS 41CDT20C966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CII

## FALSE MARKING OF
## TROY-BILT MODEL TB20CS TUFFY 41BDT20C966

642.     Plaintiff incorporates the allegations of paragraphs 1 through 641 as though set forth at length herein.

643.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB20CS TUFFY 41BDT20C966.

644.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB20CS TUFFY 41BDT20C966 with the '422 Patent.

645.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB20CS TUFFY 41BDT20C966 was no longer covered by the '422 Patent after that date.

646.    MTD knows that each Troy-Bilt model TB20CS TUFFY 41BDT20C966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

647.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB20CS TUFFY 41BDT20C966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CIII

### FALSE MARKING OF
### TROY-BILT MODEL TB20DC 41ADT20C966

648.    Plaintiff incorporates the allegations of paragraphs 1 through 647 as though set forth at length herein.

649.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB20DC 41ADT20C966.

650.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB20DC 41ADT20C966 with the '422 Patent.

651.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB20DC 41ADT20C966 was no longer covered by the '422 Patent after that date.

652.     MTD knows that each Troy-Bilt model TB20DC 41ADT20C966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

653.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB20DC 41ADT20C966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CIV

### FALSE MARKING OF
### TROY-BILT MODEL TB25CS 41ADT25C063

654.     Plaintiff incorporates the allegations of paragraphs 1 through 653 as though set forth at length herein.

655.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB25CS 41ADT25C063.

656.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB25CS 41ADT25C063 with the '422 Patent.

657.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB25CS 41ADT25C063 was no longer covered by the '422 Patent after that date.

658.     MTD knows that each Troy-Bilt model TB25CS 41ADT25C063 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

659.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB25CS 41ADT25C063 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CV

### FALSE MARKING OF
### <u>TROY-BILT MODEL TB25CS 41ADT25C066</u>

660.    Plaintiff incorporates the allegations of paragraphs 1 through 659 as though set forth at length herein.

661.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB25CS 41ADT25C066.

662.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB25CS 41ADT25C066 with the '422 Patent.

663.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB25CS 41ADT25C066 was no longer covered by the '422 Patent after that date.

664.    MTD knows that each Troy-Bilt model TB25CS 41ADT25C066 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

665.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB25CS 41ADT25C066 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CVI

### FALSE MARKING OF
### TROY-BILT MODEL TB25CS 41ADT25C763

666.     Plaintiff incorporates the allegations of paragraphs 1 through 665 as though set forth at length herein.

667.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB25CS 41ADT25C763.

668.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB25CS 41ADT25C763 with the '422 Patent.

669.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB25CS 41ADT25C763 was no longer covered by the '422 Patent after that date.

670.     MTD knows that each Troy-Bilt model TB25CS 41ADT25C763 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

671.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB25CS 41ADT25C763 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CVII

### FALSE MARKING OF
### TROY-BILT MODEL TB25CS 41ADT25C766

672.     Plaintiff incorporates the allegations of paragraphs 1 through 671 as though set forth at length herein.

673.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB25CS 41ADT25C766.

674.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB25CS 41ADT25C766 with the '422 Patent.

675.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB25CS 41ADT25C766 was no longer covered by the '422 Patent after that date.

676.    MTD knows that each Troy-Bilt model TB25CS 41ADT25C766 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

677.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB25CS 41ADT25C766 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CVIII

### FALSE MARKING OF
### <u>TROY-BILT MODEL TB25CS 41ADT25C966</u>

678.    Plaintiff incorporates the allegations of paragraphs 1 through 677 as though set forth at length herein.

679.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB25CS 41ADT25C966.

680.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB25CS 41ADT25C966 with the '422 Patent.

681.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB25CS 41ADT25C966 was no longer covered by the '422 Patent after that date.

682.    MTD knows that each Troy-Bilt model TB25CS 41ADT25C966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

683.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB25CS 41ADT25C966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CIX

### FALSE MARKING OF
### TROY-BILT MODEL TB25CS 41BDT25C063

684.    Plaintiff incorporates the allegations of paragraphs 1 through 683 as though set forth at length herein.

685.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB25CS 41BDT25C063.

686.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB25CS 41BDT25C063 with the '422 Patent.

687.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB25CS 41BDT25C063 was no longer covered by the '422 Patent after that date.

688.    MTD knows that each Troy-Bilt model TB25CS 41BDT25C063 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

689.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB25CS 41BDT25C063 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CX

### FALSE MARKING OF
### <u>TROY-BILT MODEL TB25CS 41BDT25C766</u>

690.     Plaintiff incorporates the allegations of paragraphs 1 through 689 as though set forth at length herein.

691.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB25CS 41BDT25C766.

692.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB25CS 41BDT25C766 with the '422 Patent.

693.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB25CS 41BDT25C766 was no longer covered by the '422 Patent after that date.

694.     MTD knows that each Troy-Bilt model TB25CS 41BDT25C766 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

695.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB25CS 41BDT25C766 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXI

## FALSE MARKING OF
## TROY-BILT MODEL TB25ET 41ADT2EC063

696.    Plaintiff incorporates the allegations of paragraphs 1 through 695 as though set forth at length herein.

697.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB25ET 41ADT2EC063.

698.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB25ET 41ADT2EC063 with the '422 Patent.

699.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB25ET 41ADT2EC063 was no longer covered by the '422 Patent after that date.

700.    MTD knows that each Troy-Bilt model TB25ET 41ADT2EC063 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

701.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB25ET 41ADT2EC063 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXII

## FALSE MARKING OF
## TROY-BILT MODEL TB25ET 41ADT2EC066

702.    Plaintiff incorporates the allegations of paragraphs 1 through 701 as though set forth at length herein.

703.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB25ET 41ADT2EC066.

704.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB25ET 41ADT2EC066 with the '422 Patent.

705.   Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB25ET 41ADT2EC066 was no longer covered by the '422 Patent after that date.

706.   MTD knows that each Troy-Bilt model TB25ET 41ADT2EC066 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

707.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB25ET 41ADT2EC066 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXIII

### FALSE MARKING OF
### TROY-BILT MODEL TB25ET 41ADT2EC711

708.   Plaintiff incorporates the allegations of paragraphs 1 through 707 as though set forth at length herein.

709.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB25ET 41ADT2EC711.

710.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB25ET 41ADT2EC711 with the '422 Patent.

711.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB25ET 41ADT2EC711 was no longer covered by the '422 Patent after that date.

712.     MTD knows that each Troy-Bilt model TB25ET 41ADT2EC711 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

713.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB25ET 41ADT2EC711 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXIV

## FALSE MARKING OF
## TROY-BILT MODEL TB25ET 41ADT2EC966

714.     Plaintiff incorporates the allegations of paragraphs 1 through 713 as though set forth at length herein.

715.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB25ET 41ADT2EC966.

716.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB25ET 41ADT2EC966 with the '422 Patent.

717.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB25ET 41ADT2EC966 was no longer covered by the '422 Patent after that date.

718.     MTD knows that each Troy-Bilt model TB25ET 41ADT2EC966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

719.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB25ET 41ADT2EC966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXV

### FALSE MARKING OF
### TROY-BILT MODEL TB25ET 41BDT2EC063

720.    Plaintiff incorporates the allegations of paragraphs 1 through 719 as though set forth at length herein.

721.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB25ET 41BDT2EC063.

722.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB25ET 41BDT2EC063 with the '422 Patent.

723.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB25ET 41BDT2EC063 was no longer covered by the '422 Patent after that date.

724.    MTD knows that each Troy-Bilt model TB25ET 41BDT2EC063 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

725.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB25ET 41BDT2EC063 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXVI

### FALSE MARKING OF
### TROY-BILT MODEL TB26CO 41AD26OG966

726.     Plaintiff incorporates the allegations of paragraphs 1 through 725 as though set forth at length herein.

727.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB26CO 41AD26OG966.

728.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB26CO 41AD26OG966 with the '422 Patent.

729.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB26CO 41AD26OG966 was no longer covered by the '422 Patent after that date.

730.     MTD knows that each Troy-Bilt model TB26CO 41AD26OG966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

731.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB26CO 41AD26OG966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXVII

### FALSE MARKING OF
### TROY-BILT MODEL TB3000 41ADTB3G063

732.     Plaintiff incorporates the allegations of paragraphs 1 through 731 as though set forth at length herein.

733.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB3000 41ADTB3G063.

734.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB3000 41ADTB3G063 with the '422 Patent.

735.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB3000 41ADTB3G063 was no longer covered by the '422 Patent after that date.

736.    MTD knows that each Troy-Bilt model TB3000 41ADTB3G063 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

737.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB3000 41ADTB3G063 product with the '422 Patent for the purpose of deceiving the public.

### COUNT CXVIII

### FALSE MARKING OF
### TROY-BILT MODEL TB4000 41ADTB4G063

738.    Plaintiff incorporates the allegations of paragraphs 1 through 737 as though set forth at length herein.

739.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB4000 41ADTB4G063.

740.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB4000 41ADTB4G063 with the '422 Patent.

741.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB4000 41ADTB4G063 was no longer covered by the '422 Patent after that date.

742.    MTD knows that each Troy-Bilt model TB4000 41ADTB4G063 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

743.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB4000 41ADTB4G063 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXIX

### FALSE MARKING OF
### TROY-BILT MODEL TB415CS 41ADT41C711

744.    Plaintiff incorporates the allegations of paragraphs 1 through 743 as though set forth at length herein.

745.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB415CS 41ADT41C711.

746.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB415CS 41ADT41C711 with the '422 Patent.

747.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB415CS 41ADT41C711 was no longer covered by the '422 Patent after that date.

748.    MTD knows that each Troy-Bilt model TB415CS 41ADT41C711 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

749.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB415CS 41ADT41C711 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXX

### FALSE MARKING OF
### <u>TROY-BILT MODEL TB415CS 41BDT41G966</u>

750.     Plaintiff incorporates the allegations of paragraphs 1 through 749 as though set forth at length herein.

751.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB415CS 41BDT41G966.

752.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB415CS 41BDT41G966 with the '422 Patent.

753.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB415CS 41BDT41G966 was no longer covered by the '422 Patent after that date.

754.     MTD knows that each Troy-Bilt model TB415CS 41BDT41G966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

755.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB415CS 41BDT41G966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXXI

### FALSE MARKING OF
### TROY-BILT MODEL TB425CS 41ADT42C063

756.     Plaintiff incorporates the allegations of paragraphs 1 through 755 as though set forth at length herein.

757.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB425CS 41ADT42C063.

758.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB425CS 41ADT42C063 with the '422 Patent.

759.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB425CS 41ADT42C063 was no longer covered by the '422 Patent after that date.

760.     MTD knows that each Troy-Bilt model TB425CS 41ADT42C063 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

761.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB425CS 41ADT42C063 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXXII

### FALSE MARKING OF
### TROY-BILT MODEL TB425CS 41ADT42C711

762.     Plaintiff incorporates the allegations of paragraphs 1 through 761 as though set forth at length herein.

763.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB425CS 41ADT42C711.

764.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB425CS 41ADT42C711 with the '422 Patent.

765.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB425CS 41ADT42C711 was no longer covered by the '422 Patent after that date.

766.     MTD knows that each Troy-Bilt model TB425CS 41ADT42C711 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

767.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB425CS 41ADT42C711 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXXIII

### FALSE MARKING OF
### TROY-BILT MODEL TB425CS 41ADT42C766

768.     Plaintiff incorporates the allegations of paragraphs 1 through 767 as though set forth at length herein.

769.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB425CS 41ADT42C766.

770.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB425CS 41ADT42C766 with the '422 Patent.

771.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB425CS 41ADT42C766 was no longer covered by the '422 Patent after that date.

772.     MTD knows that each Troy-Bilt model TB425CS 41ADT42C766 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

773.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB425CS 41ADT42C766 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXXIV

### FALSE MARKING OF
### TROY-BILT MODEL TB425CS 41ADT42C966

774.     Plaintiff incorporates the allegations of paragraphs 1 through 773 as though set forth at length herein.

775.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB425CS 41ADT42C966.

776.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB425CS 41ADT42C966 with the '422 Patent.

777.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB425CS 41ADT42C966 was no longer covered by the '422 Patent after that date.

778.     MTD knows that each Troy-Bilt model TB425CS 41ADT42C966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

779.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB425CS 41ADT42C966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXXV

### FALSE MARKING OF
### TROY-BILT MODEL TB465SS 41ADT46C711

780.     Plaintiff incorporates the allegations of paragraphs 1 through 779 as though set forth at length herein.

781.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB465SS 41ADT46C711.

782.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB465SS 41ADT46C711 with the '422 Patent.

783.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB465SS 41ADT46C711 was no longer covered by the '422 Patent after that date.

784.     MTD knows that each Troy-Bilt model TB465SS 41ADT46C711 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

785.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB465SS 41ADT46C711 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXXVI

### FALSE MARKING OF
### TROY-BILT MODEL TB465SS PONY 41ADT46C966

786.   Plaintiff incorporates the allegations of paragraphs 1 through 785 as though set forth at length herein.

787.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB465SS PONY 41ADT46C966.

788.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB465SS PONY 41ADT46C966 with the '422 Patent.

789.   Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB465SS PONY 41ADT46C966 was no longer covered by the '422 Patent after that date.

790.   MTD knows that each Troy-Bilt model TB465SS PONY 41ADT46C966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

791.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB465SS PONY 41ADT46C966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXXVII

### FALSE MARKING OF
### TROY-BILT MODEL TB475SS 41ADT47C063

792.   Plaintiff incorporates the allegations of paragraphs 1 through 791 as though set forth at length herein.

793.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB475SS 41ADT47C063.

794.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB475SS 41ADT47C063 with the '422 Patent.

795.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB475SS 41ADT47C063 was no longer covered by the '422 Patent after that date.

796.    MTD knows that each Troy-Bilt model TB475SS 41ADT47C063 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

797.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB475SS 41ADT47C063 product with the '422 Patent for the purpose of deceiving the public.

### COUNT CXXVIII

### FALSE MARKING OF
### TROY-BILT MODEL TB475SS 41ADT47C711

798.    Plaintiff incorporates the allegations of paragraphs 1 through 797 as though set forth at length herein.

799.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB475SS 41ADT47C711.

800.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB475SS 41ADT47C711 with the '422 Patent.

801.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB475SS 41ADT47C711 was no longer covered by the '422 Patent after that date.

802.    MTD knows that each Troy-Bilt model TB475SS 41ADT47C711 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

803.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB475SS 41ADT47C711 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXXIX

### FALSE MARKING OF
### TROY-BILT MODEL TB475SS 41ADT47C766

804.    Plaintiff incorporates the allegations of paragraphs 1 through 803 as though set forth at length herein.

805.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB475SS 41ADT47C766.

806.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB475SS 41ADT47C766 with the '422 Patent.

807.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB475SS 41ADT47C766 was no longer covered by the '422 Patent after that date.

808.    MTD knows that each Troy-Bilt model TB475SS 41ADT47C766 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

809.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB475SS 41ADT47C766 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXXX

### FALSE MARKING OF
### TROY-BILT MODEL TB475SS 41ADT47C966

810.   Plaintiff incorporates the allegations of paragraphs 1 through 809 as though set forth at length herein.

811.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB475SS 41ADT47C966.

812.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB475SS 41ADT47C966 with the '422 Patent.

813.   Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB475SS 41ADT47C966 was no longer covered by the '422 Patent after that date.

814.   MTD knows that each Troy-Bilt model TB475SS 41ADT47C966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

815.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB475SS 41ADT47C966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXXXI

### FALSE MARKING OF
### TROY-BILT MODEL TB475SS 41BDT47C063

816.    Plaintiff incorporates the allegations of paragraphs 1 through 815 as though set forth at length herein.

817.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB475SS 41BDT47C063.

818.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB475SS 41BDT47C063 with the '422 Patent.

819.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB475SS 41BDT47C063 was no longer covered by the '422 Patent after that date.

820.    MTD knows that each Troy-Bilt model TB475SS 41BDT47C063 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

821.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB475SS 41BDT47C063 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXXXII

### FALSE MARKING OF
### TROY-BILT MODEL TB514CS 41ADT51G966

822.    Plaintiff incorporates the allegations of paragraphs 1 through 821 as though set forth at length herein.

823.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB514CS 41ADT51G966.

824.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB514CS 41ADT51G966 with the '422 Patent.

825.   Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB514CS 41ADT51G966 was no longer covered by the '422 Patent after that date.

826.   MTD knows that each Troy-Bilt model TB514CS 41ADT51G966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

827.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB514CS 41ADT51G966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXXXIII

### FALSE MARKING OF
### TROY-BILT MODEL TB514ES 41BDT51G966

828.   Plaintiff incorporates the allegations of paragraphs 1 through 827 as though set forth at length herein.

829.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB514ES 41BDT51G966.

830.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB514ES 41BDT51G966 with the '422 Patent.

831.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB514ES 41BDT51G966  was no longer covered by the '422 Patent after that date.

832.    MTD knows that each Troy-Bilt model TB514ES 41BDT51G966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

833.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB514ES 41BDT51G966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXXXIV

### FALSE MARKING OF
### TROY-BILT MODEL TB525CS 41ADT52C711

834.    Plaintiff incorporates the allegations of paragraphs 1 through 833 as though set forth at length herein.

835.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB525CS 41ADT52C711.

836.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB525CS 41ADT52C711 with the '422 Patent.

837.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB525CS 41ADT52C711  was no longer covered by the '422 Patent after that date.

838.    MTD knows that each Troy-Bilt model TB525CS 41ADT52C711 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

839.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB525CS 41ADT52C711 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXXXV

### FALSE MARKING OF
### TROY-BILT MODEL TB525CS 41BDT52C966

840.    Plaintiff incorporates the allegations of paragraphs 1 through 839 as though set forth at length herein.

841.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB525CS 41BDT52C966.

842.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB525CS 41BDT52C966 with the '422 Patent.

843.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB525CS 41BDT52C966 was no longer covered by the '422 Patent after that date.

844.    MTD knows that each Troy-Bilt model TB525CS 41BDT52C966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

845.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB525CS 41BDT52C966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXXXVI

## FALSE MARKING OF
## TROY-BILT MODEL TB525CS HORSE 41ADT52C966

846.     Plaintiff incorporates the allegations of paragraphs 1 through 845 as though set forth at length herein.

847.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB525CS HORSE 41ADT52C966.

848.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB525CS HORSE 41ADT52C966 with the '422 Patent.

849.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB525CS HORSE 41ADT52C966 was no longer covered by the '422 Patent after that date.

850.     MTD knows that each Troy-Bilt model TB525CS HORSE 41ADT52C966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

851.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB525CS HORSE 41ADT52C966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXXXVII

## FALSE MARKING OF
## TROY-BILT MODEL TB525ES 41CDT52C966

852.     Plaintiff incorporates the allegations of paragraphs 1 through 851 as though set forth at length herein.

853.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB525ES 41CDT52C966.

854.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB525ES 41CDT52C966 with the '422 Patent.

855.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB525ES 41CDT52C966 was no longer covered by the '422 Patent after that date.

856.    MTD knows that each Troy-Bilt model TB525ES 41CDT52C966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

857.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB525ES 41CDT52C966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXXXVIII

### FALSE MARKING OF
### TROY-BILT MODEL TB525ET 41ADT5EC966

858.    Plaintiff incorporates the allegations of paragraphs 1 through 857 as though set forth at length herein.

859.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB525ET 41ADT5EC966.

860.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB525ET 41ADT5EC966 with the '422 Patent.

861.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB525ET 41ADT5EC966 was no longer covered by the '422 Patent after that date.

862.     MTD knows that each Troy-Bilt model TB525ET 41ADT5EC966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

863.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB525ET 41ADT5EC966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXXXIX

### FALSE MARKING OF
### <u>TROY-BILT MODEL TB539E 41ADT53C966</u>

864.     Plaintiff incorporates the allegations of paragraphs 1 through 863 as though set forth at length herein.

865.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB539E 41ADT53C966.

866.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB539E 41ADT53C966 with the '422 Patent.

867.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB539E 41ADT53C966 was no longer covered by the '422 Patent after that date.

868.     MTD knows that each Troy-Bilt model TB539E 41ADT53C966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

869.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB539E 41ADT53C966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXL

### FALSE MARKING OF
### <u>TROY-BILT MODEL TB575SS 41ADT57C711</u>

870.    Plaintiff incorporates the allegations of paragraphs 1 through 869 as though set forth at length herein.

871.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB575SS 41ADT57C711.

872.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB575SS 41ADT57C711 with the '422 Patent.

873.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB575SS 41ADT57C711 was no longer covered by the '422 Patent after that date.

874.    MTD knows that each Troy-Bilt model TB575SS 41ADT57C711 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

875.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB575SS 41ADT57C711 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXLI

## FALSE MARKING OF
## TROY-BILT MODEL TB575SS BIG RED 41ADT57C966

876.     Plaintiff incorporates the allegations of paragraphs 1 through 875 as though set forth at length herein.

877.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB575SS BIG RED 41ADT57C966.

878.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB575SS BIG RED 41ADT57C966 with the '422 Patent.

879.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB575SS BIG RED 41ADT57C966 was no longer covered by the '422 Patent after that date.

880.     MTD knows that each Troy-Bilt model TB575SS BIG RED 41ADT57C966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

881.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB575SS BIG RED 41ADT57C966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXLII

## FALSE MARKING OF
## TROY-BILT MODEL TB65SS 41ADT65G966

882.     Plaintiff incorporates the allegations of paragraphs 1 through 881 as though set forth at length herein.

883.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB65SS 41ADT65G966.

884.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB65SS 41ADT65G966 with the '422 Patent.

885.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB65SS 41ADT65G966 was no longer covered by the '422 Patent after that date.

886.     MTD knows that each Troy-Bilt model TB65SS 41ADT65G966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

887.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB65SS 41ADT65G966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXLIII

### FALSE MARKING OF
### TROY-BILT MODEL TB65SS 41BDT65G966

888.     Plaintiff incorporates the allegations of paragraphs 1 through 887 as though set forth at length herein.

889.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB65SS 41BDT65G966.

890.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB65SS 41BDT65G966 with the '422 Patent.

891.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB65SS 41BDT65G966 was no longer covered by the '422 Patent after that date.

892.    MTD knows that each Troy-Bilt model TB65SS 41BDT65G966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

893.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB65SS 41BDT65G966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXLIV

### FALSE MARKING OF
### <u>TROY-BILT MODEL TB65SS 41CDT65G966</u>

894.    Plaintiff incorporates the allegations of paragraphs 1 through 893 as though set forth at length herein.

895.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB65SS 41CDT65G966.

896.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB65SS 41CDT65G966 with the '422 Patent.

897.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB65SS 41CDT65G966 was no longer covered by the '422 Patent after that date.

898.    MTD knows that each Troy-Bilt model TB65SS 41CDT65G966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

899.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB65SS 41CDT65G966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXLV

## FALSE MARKING OF
## TROY-BILT MODEL TB70FH 41AD70FC966

900.    Plaintiff incorporates the allegations of paragraphs 1 through 899 as though set forth at length herein.

901.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB70FH 41AD70FC966.

902.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB70FH 41AD70FC966 with the '422 Patent.

903.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB70FH 41AD70FC966 was no longer covered by the '422 Patent after that date.

904.    MTD knows that each Troy-Bilt model TB70FH 41AD70FC966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

905.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB70FH 41AD70FC966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXLVI

### FALSE MARKING OF
### TROY-BILT MODEL TB70SS 41ADT70C711

906.     Plaintiff incorporates the allegations of paragraphs 1 through 905 as though set forth at length herein.

907.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB70SS 41ADT70C711.

908.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB70SS 41ADT70C711 with the '422 Patent.

909.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB70SS 41ADT70C711 was no longer covered by the '422 Patent after that date.

910.     MTD knows that each Troy-Bilt model TB70SS 41ADT70C711 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

911.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB70SS 41ADT70C711 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXLVII

### FALSE MARKING OF
### TROY-BILT MODEL TB70SS 41ADT70C966

912.     Plaintiff incorporates the allegations of paragraphs 1 through 911 as though set forth at length herein.

913. MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB70SS 41ADT70C966.

914. Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB70SS 41ADT70C966 with the '422 Patent.

915. Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB70SS 41ADT70C966 was no longer covered by the '422 Patent after that date.

916. MTD knows that each Troy-Bilt model TB70SS 41ADT70C966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

917. MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB70SS 41ADT70C966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXLVIII

## FALSE MARKING OF
## TROY-BILT MODEL TB70SS 41BDT70C711

918. Plaintiff incorporates the allegations of paragraphs 1 through 917 as though set forth at length herein.

919. MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB70SS 41BDT70C711.

920. Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB70SS 41BDT70C711 with the '422 Patent.

921.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB70SS 41BDT70C711 was no longer covered by the '422 Patent after that date.

922.    MTD knows that each Troy-Bilt model TB70SS 41BDT70C711 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

923.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB70SS 41BDT70C711 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXLIX

### FALSE MARKING OF
### <u>TROY-BILT MODEL TB70SS 41CDT70C966</u>

924.    Plaintiff incorporates the allegations of paragraphs 1 through 923 as though set forth at length herein.

925.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB70SS 41CDT70C966.

926.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB70SS 41CDT70C966 with the '422 Patent.

927.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB70SS 41CDT70C966 was no longer covered by the '422 Patent after that date.

928.    MTD knows that each Troy-Bilt model TB70SS 41CDT70C966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

929.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB70SS 41CDT70C966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CL

### FALSE MARKING OF
### TROY-BILT MODEL TB75SS 41ADT75C063

930.    Plaintiff incorporates the allegations of paragraphs 1 through 929 as though set forth at length herein.

931.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB75SS 41ADT75C063.

932.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB75SS 41ADT75C063 with the '422 Patent.

933.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB75SS 41ADT75C063 was no longer covered by the '422 Patent after that date.

934.    MTD knows that each Troy-Bilt model TB75SS 41ADT75C063 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

935.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB75SS 41ADT75C063 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLI

### FALSE MARKING OF
### TROY-BILT MODEL TB75SS 41ADT75C066

936.     Plaintiff incorporates the allegations of paragraphs 1 through 935 as though set forth at length herein.

937.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB75SS 41ADT75C066.

938.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB75SS 41ADT75C066 with the '422 Patent.

939.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB75SS 41ADT75C066 was no longer covered by the '422 Patent after that date.

940.     MTD knows that each Troy-Bilt model TB75SS 41ADT75C066 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

941.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB75SS 41ADT75C066 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLII

### FALSE MARKING OF
### TROY-BILT MODEL TB75SS 41ADT75C763

942.     Plaintiff incorporates the allegations of paragraphs 1 through 941 as though set forth at length herein.

943.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB75SS 41ADT75C763.

944.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB75SS 41ADT75C763 with the '422 Patent.

945.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB75SS 41ADT75C763 was no longer covered by the '422 Patent after that date.

946.    MTD knows that each Troy-Bilt model TB75SS 41ADT75C763 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

947.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB75SS 41ADT75C763 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLIII

### FALSE MARKING OF
### TROY-BILT MODEL TB75SS 41ADT75C766

948.    Plaintiff incorporates the allegations of paragraphs 1 through 947 as though set forth at length herein.

949.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB75SS 41ADT75C766.

950.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB75SS 41ADT75C766 with the '422 Patent.

951.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB75SS 41ADT75C766 was no longer covered by the '422 Patent after that date.

952.     MTD knows that each Troy-Bilt model TB75SS 41ADT75C766 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

953.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB75SS 41ADT75C766 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLIV

## FALSE MARKING OF
## <u>TROY-BILT MODEL TB75SS 41ADT75C966</u>

954.     Plaintiff incorporates the allegations of paragraphs 1 through 953 as though set forth at length herein.

955.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB75SS 41ADT75C966.

956.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB75SS 41ADT75C966 with the '422 Patent.

957.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB75SS 41ADT75C966 was no longer covered by the '422 Patent after that date.

958.     MTD knows that each Troy-Bilt model TB75SS 41ADT75C966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

959.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB75SS 41ADT75C966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLV

### FALSE MARKING OF
### TROY-BILT MODEL TB75SS 41BDT75C766

960.    Plaintiff incorporates the allegations of paragraphs 1 through 959 as though set forth at length herein.

961.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB75SS 41BDT75C766.

962.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB75SS 41BDT75C766 with the '422 Patent.

963.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB75SS 41BDT75C766 was no longer covered by the '422 Patent after that date.

964.    MTD knows that each Troy-Bilt model TB75SS 41BDT75C766 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

965.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB75SS 41BDT75C766 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLVI

### FALSE MARKING OF
### TROY-BILT MODEL TB75SS 41CDT75C063

966.     Plaintiff incorporates the allegations of paragraphs 1 through 965 as though set forth at length herein.

967.     MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TB75SS 41CDT75C063.

968.     Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TB75SS 41CDT75C063 with the '422 Patent.

969.     Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TB75SS 41CDT75C063 was no longer covered by the '422 Patent after that date.

970.     MTD knows that each Troy-Bilt model TB75SS 41CDT75C063 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

971.     MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TB75SS 41CDT75C063 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLVII

### FALSE MARKING OF
### TROY-BILT MODEL TBSS 41AJSS-C063

972.     Plaintiff incorporates the allegations of paragraphs 1 through 971 as though set forth at length herein.

973.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TBSS 41AJSS-C063.

974.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TBSS 41AJSS-C063 with the '422 Patent.

975.   Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TBSS 41AJSS-C063 was no longer covered by the '422 Patent after that date.

976.   MTD knows that each Troy-Bilt model TBSS 41AJSS-C063 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

977.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TBSS 41AJSS-C063 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLVIII

### FALSE MARKING OF
### TROY-BILT MODEL TBSS 41AJSS-C711

978.   Plaintiff incorporates the allegations of paragraphs 1 through 977 as though set forth at length herein.

979.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TBSS 41AJSS-C711.

980.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TBSS 41AJSS-C711 with the '422 Patent.

981.   Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TBSS 41AJSS-C711 was no longer covered by the '422 Patent after that date.

982.   MTD knows that each Troy-Bilt model TBSS 41AJSS-C711 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

983.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TBSS 41AJSS-C711 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLIX

## FALSE MARKING OF
## TROY-BILT MODEL TBSS 41AJSS- C766

984.   Plaintiff incorporates the allegations of paragraphs 1 through 983 as though set forth at length herein.

985.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TBSS 41AJSS-C766.

986.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TBSS 41AJSS-C766 with the '422 Patent.

987.   Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TBSS 41AJSS-C766 was no longer covered by the '422 Patent after that date.

988.   MTD knows that each Troy-Bilt model TBSS 41AJSS-C766 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

989.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TBSS 41AJSS-C766 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLX

### FALSE MARKING OF
### <u>TROY-BILT MODEL TBSS 41AJSS- C966</u>

990.    Plaintiff incorporates the allegations of paragraphs 1 through 989 as though set forth at length herein.

991.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Troy-Bilt model TBSS 41AJSS-C966.

992.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Troy-Bilt model TBSS 41AJSS-C966 with the '422 Patent.

993.    Because the '422 Patent expired on March 24, 2004, the Troy-Bilt model TBSS 41AJSS-C966 was no longer covered by the '422 Patent after that date.

994.    MTD knows that each Troy-Bilt model TBSS 41AJSS-C966 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

995.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Troy-Bilt model TBSS 41AJSS-C966 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXI

### FALSE MARKING OF
### YARD MACHINE MODEL 2800m 41AD280G700

996.    Plaintiff incorporates the allegations of paragraphs 1 through 965 as though set forth at length herein.

997.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard Machine model 2800m 41AD280G700.

998.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard Machine model 2800m 41AD280G700 with the '422 Patent.

999.    Because the '422 Patent expired on March 24, 2004, the Yard Machine model 2800m 41AD280G700 was no longer covered by the '422 Patent after that date.

1000.   MTD knows that each Yard Machine model 2800m 41AD280G700 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1001.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard Machine model 2800m 41AD280G700 product with the '422 Patent for the purpose of deceiving the public.

### COUNT CLXII

### FALSE MARKING OF
### YARD MACHINE MODEL 2800M 41AD280G900

1002.   Plaintiff incorporates the allegations of paragraphs 1 through 1001 as though set forth at length herein.

1003.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard Machine model 2800M 41AD280G900.

1004.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard Machine model 2800M 41AD280G900 with the '422 Patent.

1005.   Because the '422 Patent expired on March 24, 2004, the Yard Machine model 2800M 41AD280G900 was no longer covered by the '422 Patent after that date.

1006.   MTD knows that each Yard Machine model 2800M 41AD280G900 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1007.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard Machine model 2800M 41AD280G900 product with the '422 Patent for the purpose of deceiving the public.

### COUNT CLXIII

### FALSE MARKING OF
### YARD MACHINE MODEL 2800m 41BD280G700

1008.   Plaintiff incorporates the allegations of paragraphs 1 through 1007 as though set forth at length herein.

1009.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard Machine model 2800m 41BD280G700.

1010.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard Machine model 2800m 41BD280G700 with the '422 Patent.

1011.   Because the '422 Patent expired on March 24, 2004, the Yard Machine model 2800m 41BD280G700 was no longer covered by the '422 Patent after that date.

1012.   MTD knows that each Yard Machine model 2800m 41BD280G700 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1013.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard Machine model 2800m 41BD280G700 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXIV

## FALSE MARKING OF
## YARD MACHINE MODEL 2800M 41BD280G900

1014.   Plaintiff incorporates the allegations of paragraphs 1 through 1013 as though set forth at length herein.

1015.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard Machine model 2800M 41BD280G900.

1016.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard Machine model 2800M 41BD280G900 with the '422 Patent.

1017.   Because the '422 Patent expired on March 24, 2004, the Yard Machine model 2800M 41BD280G900 was no longer covered by the '422 Patent after that date.

1018.   MTD knows that each Yard Machine model 2800M 41BD280G900 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1019.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard Machine model 2800M 41BD280G900 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXV

### FALSE MARKING OF
### YARD MACHINE MODEL 2800m 41CD280G000

1020.   Plaintiff incorporates the allegations of paragraphs 1 through 1019 as though set forth at length herein.

1021.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard Machine model 2800m 41CD280G000.

1022.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard Machine model 2800m 41CD280G000 with the '422 Patent.

1023.   Because the '422 Patent expired on March 24, 2004, the Yard Machine model 2800m 41CD280G000 was no longer covered by the '422 Patent after that date.

1024.   MTD knows that each Yard Machine model 2800m 41CD280G000 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1025.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard Machine model 2800m 41CD280G000 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXVI

### FALSE MARKING OF
### YARD MACHINE MODEL 3100M 41AD310G900

1026.   Plaintiff incorporates the allegations of paragraphs 1 through 1025 as though set forth at length herein.

1027.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard Machine model 3100M 41AD310G900.

1028.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard Machine model 3100M 41AD310G900 with the '422 Patent.

1029.   Because the '422 Patent expired on March 24, 2004, the Yard Machine model 3100M 41AD310G900 was no longer covered by the '422 Patent after that date.

1030.   MTD knows that each Yard Machine model 3100M 41AD310G900 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1031.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard Machine model 3100M 41AD310G900 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXVII

### FALSE MARKING OF
### YARD MACHINE MODEL Y26CO 41AD26OG900

1032.   Plaintiff incorporates the allegations of paragraphs 1 through 1031 as though set forth at length herein.

1033.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard Machine model Y26CO 41AD26OG900.

1034.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard Machine model Y26CO 41AD26OG900  with the '422 Patent.

1035.   Because the '422 Patent expired on March 24, 2004, the Yard Machine model Y26CO 41AD26OG900 was no longer covered by the '422 Patent after that date.

1036.   MTD knows that each Yard Machine model Y26CO 41AD26OG900 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1037.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard Machine model Y26CO 41AD26OG900  product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXVIII

### FALSE MARKING OF
### YARD MACHINE MODEL Y26CO 41BD26OG900

1038.   Plaintiff incorporates the allegations of paragraphs 1 through 1037 as though set forth at length herein.

1039.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard Machine model Y26CO 41BD26OG900.

1040.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard Machine model Y26CO 41BD26OG900 with the '422 Patent.

1041.   Because the '422 Patent expired on March 24, 2004, the Yard Machine model Y26CO 41BD26OG900 was no longer covered by the '422 Patent after that date.

1042.   MTD knows that each Yard Machine model Y26CO 41BD26OG900 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1043.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard Machine model Y26CO 41BD26OG900 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXIX

### FALSE MARKING OF
### YARD MACHINE MODEL Y26SS 41AD26SC900

1044.   Plaintiff incorporates the allegations of paragraphs 1 through 1043 as though set forth at length herein.

1045.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard Machine model Y26SS 41AD26SC900.

1046.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard Machine model Y26SS 41AD26SC900 with the '422 Patent.

1047.   Because the '422 Patent expired on March 24, 2004, the Yard Machine model Y26SS 41AD26SC900 was no longer covered by the '422 Patent after that date.

1048.   MTD knows that each Yard Machine model Y26SS 41AD26SC900 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1049.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard Machine model Y26SS 41AD26SC900 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXX

### FALSE MARKING OF
### YARD MACHINE MODEL Y26SS 41BD26SC900

1050.   Plaintiff incorporates the allegations of paragraphs 1 through 1049 as though set forth at length herein.

1051.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard Machine model Y26SS 41BD26SC900.

1052.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard Machine model Y26SS 41BD26SC900 with the '422 Patent.

1053.   Because the '422 Patent expired on March 24, 2004, the Yard Machine model Y26SS 41BD26SC900 was no longer covered by the '422 Patent after that date.

1054.   MTD knows that each Yard Machine model Y26SS 41BD26SC900 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1055.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard Machine model Y26SS 41BD26SC900 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXXI

### FALSE MARKING OF
### <u>YARD MACHINE MODEL Y28 41ADY28G900</u>

1056.   Plaintiff incorporates the allegations of paragraphs 1 through 1055 as though set forth at length herein.

1057.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard Machine model Y28 41ADY28G900.

1058.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard Machine model Y28 41ADY28G900 with the '422 Patent.

1059.   Because the '422 Patent expired on March 24, 2004, the Yard Machine model Y28 41ADY28G900 was no longer covered by the '422 Patent after that date.

1060.   MTD knows that each Yard Machine model Y28 41ADY28G900 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1061.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard Machine model Y28 41ADY28G900 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXXII

### FALSE MARKING OF
### <u>YARD MACHINE MODEL Y28 41CDY28G000</u>

1062.   Plaintiff incorporates the allegations of paragraphs 1 through 1061 as though set forth at length herein.

1063.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard Machine model Y28 41CDY28G000.

1064.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard Machine model Y28 41CDY28G000 with the '422 Patent.

1065.   Because the '422 Patent expired on March 24, 2004, the Yard Machine model Y28 41CDY28G000 was no longer covered by the '422 Patent after that date.

1066.   MTD knows that each Yard Machine model Y28 41CDY28G000 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1067.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard Machine model Y28 41CDY28G000 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXXIII

### FALSE MARKING OF
### YARD MACHINE MODEL Y28VP 41ADYVPG900

1068.   Plaintiff incorporates the allegations of paragraphs 1 through 1067 as though set forth at length herein.

1069.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard Machine model Y28VP 41ADYVPG900.

1070.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard Machine model Y28VP 41ADYVPG900 with the '422 Patent.

1071.   Because the '422 Patent expired on March 24, 2004, the Yard Machine model Y28VP 41ADYVPG900 was no longer covered by the '422 Patent after that date.

1072.   MTD knows that each Yard Machine model Y28VP 41ADYVPG900 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1073.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard Machine model Y28VP 41ADYVPG900 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXXIV

### FALSE MARKING OF
### YARD MACHINE MODEL Y700 41AD7VPG900

1074.   Plaintiff incorporates the allegations of paragraphs 1 through 1073 as though set forth at length herein.

1075.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard Machine model Y700 41AD7VPG900.

1076.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard Machine model Y700 41AD7VPG900 with the '422 Patent.

1077.   Because the '422 Patent expired on March 24, 2004, the Yard Machine model Y700 41AD7VPG900 was no longer covered by the '422 Patent after that date.

1078.   MTD knows that each Yard Machine model Y700 41AD7VPG900 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1079.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard Machine model Y700 41AD7VPG900 product with the '422 Patent for the purpose of deceiving the public.

**COUNT CLXXV**

**FALSE MARKING OF
<u>YARD MACHINE MODEL Y700 41ADY70G000</u>**

1080.   Plaintiff incorporates the allegations of paragraphs 1 through 1079 as though set forth at length herein.

1081.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard Machine model Y700 41ADY70G000.

1082.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard Machine model Y700 41ADY70G000 with the '422 Patent.

1083.   Because the '422 Patent expired on March 24, 2004, the Yard Machine model Y700 41ADY70G000 was no longer covered by the '422 Patent after that date.

1084.   MTD knows that each Yard Machine model Y700 41ADY70G000 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1085.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard Machine model Y700 41ADY70G000 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXXVI

## FALSE MARKING OF
## <u>YARD MACHINE MODEL Y700VP 41BD7VPG900</u>

1086.   Plaintiff incorporates the allegations of paragraphs 1 through 1085 as though set forth at length herein.

1087.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard Machine model Y700VP 41BD7VPG900.

1088.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard Machine model Y700VP 41BD7VPG900 with the '422 Patent.

1089.   Because the '422 Patent expired on March 24, 2004, the Yard Machine model Y700VP 41BD7VPG900 was no longer covered by the '422 Patent after that date.

1090.   MTD knows that each Yard Machine model Y700VP 41BD7VPG900 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1091.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard Machine model Y700VP 41BD7VPG900 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXXVII

## FALSE MARKING OF
## <u>YARD MACHINE MODEL Y725 41AD725C900</u>

1092.   Plaintiff incorporates the allegations of paragraphs 1 through 1091 as though set forth at length herein.

1093.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard Machine model Y725 41AD725C900.

1094.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard Machine model Y725 41AD725C900 with the '422 Patent.

1095.   Because the '422 Patent expired on March 24, 2004, the Yard Machine model Y725 41AD725C900 was no longer covered by the '422 Patent after that date.

1096.   MTD knows that each Yard Machine model Y725 41AD725C900 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1097.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard Machine model Y725 41AD725C900 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXXVIII

### FALSE MARKING OF
### YARD MACHINE MODEL Y725 41AD725G900

1098.   Plaintiff incorporates the allegations of paragraphs 1 through 1097 as though set forth at length herein.

1099.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard Machine model Y725 41AD725G900.

1100.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard Machine model Y725 41AD725G900 with the '422 Patent.

1101.   Because the '422 Patent expired on March 24, 2004, the Yard Machine model Y725 41AD725G900 was no longer covered by the '422 Patent after that date.

1102.   MTD knows that each Yard Machine model Y725 41AD725G900 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1103.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard Machine model Y725 41AD725G900 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXXIX

### FALSE MARKING OF
### YARD MACHINE MODEL Y765 41AD765G900

1104.   Plaintiff incorporates the allegations of paragraphs 1 through 1103 as though set forth at length herein.

1105.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard Machine model Y765 41AD765G900.

1106.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard Machine model Y765 41AD765G900 with the '422 Patent.

1107.   Because the '422 Patent expired on March 24, 2004, the Yard Machine model Y765 41AD765G900 was no longer covered by the '422 Patent after that date.

1108.   MTD knows that each Yard Machine model Y765 41AD765G900 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1109.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard Machine model Y765 41AD765G900 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXXX

### FALSE MARKING OF
### <u>YARD MACHINE MODEL Y765 41BD765G900</u>

1110.   Plaintiff incorporates the allegations of paragraphs 1 through 1109 as though set forth at length herein.

1111.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard Machine model Y765 41BD765G900.

1112.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard Machine model Y765 41BD765G900 with the '422 Patent.

1113.   Because the '422 Patent expired on March 24, 2004, the Yard Machine model Y765 41BD765G900 was no longer covered by the '422 Patent after that date.

1114.   MTD knows that each Yard Machine model Y765 41BD765G900 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1115.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard Machine model Y765 41BD765G900 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXXXI

## FALSE MARKING OF
## YARD MACHINE MODEL Y765 41CD765G900

1116.    Plaintiff incorporates the allegations of paragraphs 1 through 1115 as though set forth at length herein.

1117.    MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard Machine model Y765 41CD765G900.

1118.    Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard Machine model Y765 41CD765G900 with the '422 Patent.

1119.    Because the '422 Patent expired on March 24, 2004, the Yard Machine model Y765 41CD765G900 was no longer covered by the '422 Patent after that date.

1120.    MTD knows that each Yard Machine model Y765 41CD765G900 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1121.    MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard Machine model Y765 41CD765G900 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXXXII

## FALSE MARKING OF
## YARD-MAN MODEL YM1000 41ADY10G401

1122.    Plaintiff incorporates the allegations of paragraphs 1 through 1121 as though set forth at length herein.

1123.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM1000 41ADY10G401.

1124.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM1000 41ADY10G401 with the '422 Patent.

1125.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM1000 41ADY10G401 was no longer covered by the '422 Patent after that date.

1126.   MTD knows that each Yard-Man model YM1000 41ADY10G401 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1127.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM1000 41ADY10G401 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXXXIII

### FALSE MARKING OF
### <u>YARD-MAN MODEL YM1000 41AD-Y10-G401</u>

1128.   Plaintiff incorporates the allegations of paragraphs 1 through 1127 as though set forth at length herein.

1129.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM1000 41AD-Y10-G401.

1130.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM1000 41AD-Y10-G401 with the '422 Patent.

1131.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM1000 41AD-Y10-G401 was no longer covered by the '422 Patent after that date.

1132.   MTD knows that each Yard-Man model YM1000 41AD-Y10-G401 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1133.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM1000 41AD-Y10-G401 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXXXIV

## FALSE MARKING OF
## YARD-MAN MODEL YM1000 41BDY10G401

1134.   Plaintiff incorporates the allegations of paragraphs 1 through 1133 as though set forth at length herein.

1135.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM1000 41BDY10G401.

1136.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM1000 41BDY10G401 with the '422 Patent.

1137.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM1000 41BDY10G401 was no longer covered by the '422 Patent after that date.

1138.   MTD knows that each Yard-Man model YM1000 41BDY10G401 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1139.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM1000 41BDY10G401 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXXXV

## FALSE MARKING OF
## YARD-MAN MODEL YM137 41AC137C701

1140.   Plaintiff incorporates the allegations of paragraphs 1 through 1139 as though set forth at length herein.

1141.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM137 41AC137C701.

1142.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM137 41AC137C701 with the '422 Patent.

1143.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM137 41AC137C701 was no longer covered by the '422 Patent after that date.

1144.   MTD knows that each Yard-Man model YM137 41AC137C701 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1145.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM137 41AC137C701 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXXXVI

### FALSE MARKING OF
### <u>YARD-MAN MODEL YM137 41AC137C901</u>

1146.   Plaintiff incorporates the allegations of paragraphs 1 through 1145 as though set forth at length herein.

1147.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM137 41AC137C901.

1148.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM137 41AC137C901 with the '422 Patent.

1149.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM137 41AC137C901 was no longer covered by the '422 Patent after that date.

1150.   MTD knows that each Yard-Man model YM137 41AC137C901 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1151.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM137 41AC137C901 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXXXVII

### FALSE MARKING OF
### <u>YARD-MAN MODEL YM1500 41ADY15G401</u>

1152.   Plaintiff incorporates the allegations of paragraphs 1 through 1151 as though set forth at length herein.

1153.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM1500 41ADY15G401.

1154.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM1500 41ADY15G401 with the '422 Patent.

1155.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM1500 41ADY15G401 was no longer covered by the '422 Patent after that date.

1156.   MTD knows that each Yard-Man model YM1500 41ADY15G401 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1157.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM1500 41ADY15G401 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXXXVIII

### FALSE MARKING OF
### YARD-MAN MODEL YM1500 41ADY15G701

1158.   Plaintiff incorporates the allegations of paragraphs 1 through 1157 as though set forth at length herein.

1159.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM1500 41ADY15G701.

1160.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM1500 41ADY15G701 with the '422 Patent.

1161.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM1500 41ADY15G701 was no longer covered by the '422 Patent after that date.

1162.   MTD knows that each Yard-Man model YM1500 41ADY15G701 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1163.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM1500 41ADY15G701 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CLXXXIX

### FALSE MARKING OF
### YARD-MAN MODEL YM1500 41BDY15G401

1164.   Plaintiff incorporates the allegations of paragraphs 1 through 1163 as though set forth at length herein.

1165.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM1500 41BDY15G401.

1166.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM1500 41BDY15G401 with the '422 Patent.

1167.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM1500 41BDY15G401 was no longer covered by the '422 Patent after that date.

1168.   MTD knows that each Yard-Man model YM1500 41BDY15G401 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1169.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM1500 41BDY15G401 product with the '422 Patent for the purpose of deceiving the public.

**COUNT CXC**

**FALSE MARKING OF
<u>YARD-MAN MODEL YM1500 41BDY15G901</u>**

1170.   Plaintiff incorporates the allegations of paragraphs 1 through 1169 as though set forth at length herein.

1171.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM1500 41BDY15G901.

1172.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM1500 41BDY15G901 with the '422 Patent.

1173.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM1500 41BDY15G901 was no longer covered by the '422 Patent after that date.

1174.   MTD knows that each Yard-Man model YM1500 41BDY15G901 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1175.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM1500 41BDY15G901 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXCI

### FALSE MARKING OF
### YARD-MAN MODEL YM1500 41CDY15G901

1176.   Plaintiff incorporates the allegations of paragraphs 1 through 1175 as though set forth at length herein.

1177.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM1500 41CDY15G901.

1178.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM1500 41CDY15G901 with the '422 Patent.

1179.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM1500 41CDY15G901 was no longer covered by the '422 Patent after that date.

1180.   MTD knows that each Yard-Man model YM1500 41CDY15G901 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1181.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM1500 41CDY15G901 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXCII

### FALSE MARKING OF
### YARD-MAN MODEL YM20CS 41ADY20C901

1182.   Plaintiff incorporates the allegations of paragraphs 1 through 1181 as though set forth at length herein.

1183.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM20CS 41ADY20C901.

1184.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM20CS 41ADY20C901 with the '422 Patent.

1185.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM20CS 41ADY20C901 was no longer covered by the '422 Patent after that date.

1186.   MTD knows that each Yard-Man model YM20CS 41ADY20C901 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1187.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM20CS 41ADY20C901 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXCIII

### FALSE MARKING OF
### YARD-MAN MODEL YM21SS 41AD26SC701

1188.   Plaintiff incorporates the allegations of paragraphs 1 through 1187 as though set forth at length herein.

1189.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM21SS 41AD26SC701.

1190.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM21SS 41AD26SC701 with the '422 Patent.

1191.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM21SS 41AD26SC701 was no longer covered by the '422 Patent after that date.

1192.   MTD knows that each Yard-Man model YM21SS 41AD26SC701 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1193.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM21SS 41AD26SC701 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXCIV

### FALSE MARKING OF
### YARD-MAN MODEL YM25 41ADY25C401

1194.   Plaintiff incorporates the allegations of paragraphs 1 through 1193 as though set forth at length herein.

1195.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM25 41ADY25C401.

1196.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM25 41ADY25C401 with the '422 Patent.

1197.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM25 41ADY25C401 was no longer covered by the '422 Patent after that date.

1198.   MTD knows that each Yard-Man model YM25 41ADY25C401 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1199.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM25 41ADY25C401 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXCV

## FALSE MARKING OF
## YARD MAN MODEL YM26SS 41AD26SC401

1200.   Plaintiff incorporates the allegations of paragraphs 1 through 1199 as though set forth at length herein.

1201.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM26SS 41AD26SC401.

1202.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM26SS 41AD26SC401 with the '422 Patent.

1203.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM26SS 41AD26SC401 was no longer covered by the '422 Patent after that date.

1204.   MTD knows that each Yard-Man model YM26SS 41AD26SC401 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1205.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM26SS 41AD26SC401 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXCVI

### FALSE MARKING OF
### <u>YARD MAN MODEL YM26SS 41AD26SC901</u>

1206.   Plaintiff incorporates the allegations of paragraphs 1 through 1205 as though set forth at length herein.

1207.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM26SS 41AD26SC901.

1208.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM26SS 41AD26SC901 with the '422 Patent.

1209.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM26SS 41AD26SC901 was no longer covered by the '422 Patent after that date.

1210.   MTD knows that each Yard-Man model YM26SS 41AD26SC901 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1211.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM26SS 41AD26SC901 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CXCVII

### FALSE MARKING OF
### <u>YARD MAN MODEL YM300 41ADY30G401</u>

1212.   Plaintiff incorporates the allegations of paragraphs 1 through 1211 as though set forth at length herein.

1213.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM300 41ADY30G401.

1214.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM300 41ADY30G401 with the '422 Patent.

1215.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM300 41ADY30G401 was no longer covered by the '422 Patent after that date.

1216.   MTD knows that each Yard-Man model YM300 41ADY30G401 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1217.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM300 41ADY30G401 product with the '422 Patent for the purpose of deceiving the public.

### COUNT CXCVIII

### FALSE MARKING OF
### YARD MAN MODEL YM300 41BDY30G401

1218.   Plaintiff incorporates the allegations of paragraphs 1 through 1217 as though set forth at length herein.

1219.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM300 41BDY30G401.

1220.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM300 41BDY30G401 with the '422 Patent.

1221.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM300 41BDY30G401 was no longer covered by the '422 Patent after that date.

1222.   MTD knows that each Yard-Man model YM300 41BDY30G401 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1223.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM300 41BDY30G401 product with the '422 Patent for the purpose of deceiving the public.

**COUNT CXCIX**

**FALSE MARKING OF**
**YARD MAN MODEL YM400 41ADY40G401**

1224.   Plaintiff incorporates the allegations of paragraphs 1 through 1223 as though set forth at length herein.

1225.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM400 41ADY40G401.

1226.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM400 41ADY40G401 with the '422 Patent.

1227.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM400 41ADY40G401 was no longer covered by the '422 Patent after that date.

1228.   MTD knows that each Yard-Man model YM400 41ADY40G401 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1229.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM400 41ADY40G401 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CC

### FALSE MARKING OF
### <u>YARD MAN MODEL YM400 41ADY40G755</u>

1230.   Plaintiff incorporates the allegations of paragraphs 1 through 1229 as though set forth at length herein.

1231.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM400 41ADY40G755.

1232.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM400 41ADY40G755 with the '422 Patent.

1233.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM400 41ADY40G755 was no longer covered by the '422 Patent after that date.

1234.   MTD knows that each Yard-Man model YM400 41ADY40G755 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1235.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM400 41ADY40G755 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CCI

### FALSE MARKING OF
### <u>YARD MAN MODEL YM400 41ADY40G901</u>

1236.   Plaintiff incorporates the allegations of paragraphs 1 through 1235 as though set forth at length herein.

1237.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM400 41ADY40G901.

1238.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM400 41ADY40G901 with the '422 Patent.

1239.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM400 41ADY40G901 was no longer covered by the '422 Patent after that date.

1240.   MTD knows that each Yard-Man model YM400 41ADY40G901 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1241.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM400 41ADY40G901 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CCII

### FALSE MARKING OF
### <u>YARD MAN MODEL YM400 41BDY40G401</u>

1242.   Plaintiff incorporates the allegations of paragraphs 1 through 1241 as though set forth at length herein.

1243.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM400 41BDY40G401.

1244.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM400 41BDY40G401 with the '422 Patent.

1245.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM400 41BDY40G401 was no longer covered by the '422 Patent after that date.

1246.   MTD knows that each Yard-Man model YM400 41BDY40G401 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1247.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM400 41BDY40G401 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CCIII

### FALSE MARKING OF
### YARD MAN MODEL YM400 41BDY40G701

1248.   Plaintiff incorporates the allegations of paragraphs 1 through 1247 as though set forth at length herein.

1249.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM400 41BDY40G701.

1250.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM400 41BDY40G701 with the '422 Patent.

1251. Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM400 41BDY40G701 was no longer covered by the '422 Patent after that date.

1252. MTD knows that each Yard-Man model YM400 41BDY40G701 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1253. MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM400 41BDY40G701 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CCIV

### FALSE MARKING OF
### YARD MAN MODEL YM400 41BDY40G755

1254. Plaintiff incorporates the allegations of paragraphs 1 through 1253 as though set forth at length herein.

1255. MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM400 41BDY40G755.

1256. Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM400 41BDY40G755 with the '422 Patent.

1257. Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM400 41BDY40G755 was no longer covered by the '422 Patent after that date.

1258. MTD knows that each Yard-Man model YM400 41BDY40G755 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1259.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM400 41BDY40G755 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CCV

## FALSE MARKING OF
## YARD MAN MODEL YM400 41BDY40G901

1260.   Plaintiff incorporates the allegations of paragraphs 1 through 1259 as though set forth at length herein.

1261.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM400 41BDY40G901.

1262.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM400 41BDY40G901 with the '422 Patent.

1263.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM400 41BDY40G901 was no longer covered by the '422 Patent after that date.

1264.   MTD knows that each Yard-Man model YM400 41BDY40G901 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1265.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM400 41BDY40G901 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CCVI

### FALSE MARKING OF
### YARD MAN MODEL YM4125CS 41ADY42C901

1266.   Plaintiff incorporates the allegations of paragraphs 1 through 1265 as though set forth at length herein.

1267.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM4125CS 41ADY42C901.

1268.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM4125CS 41ADY42C901 with the '422 Patent.

1269.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM4125CS 41ADY42C901 was no longer covered by the '422 Patent after that date.

1270.   MTD knows that each Yard-Man model YM4125CS 41ADY42C901 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1271.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM4125CS 41ADY42C901 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CCVII

### FALSE MARKING OF
### YARD MAN MODEL YM70SS 41ADY70C901

1272.   Plaintiff incorporates the allegations of paragraphs 1 through 1271 as though set forth at length herein.

1273.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM70SS 41ADY70C901.

1274.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM70SS 41ADY70C901 with the '422 Patent.

1275.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM70SS 41ADY70C901 was no longer covered by the '422 Patent after that date.

1276.   MTD knows that each Yard-Man model YM70SS 41ADY70C901 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1277.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM70SS 41ADY70C901 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CCVIII

## FALSE MARKING OF
## YARD MAN MODEL YM75 41ADY75C401

1278.   Plaintiff incorporates the allegations of paragraphs 1 through 1277 as though set forth at length herein.

1279.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a line trimmer identified as Yard-Man model YM75 41ADY75C401.

1280.   Since March 24, 2004, MTD has marked, and continues to mark the line guard on the Yard-Man model YM75 41ADY75C401 with the '422 Patent.

1281.   Because the '422 Patent expired on March 24, 2004, the Yard-Man model YM75 41ADY75C401 was no longer covered by the '422 Patent after that date.

1282.   MTD knows that each Yard-Man model YM75 41ADY75C401 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1283.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the Yard-Man model YM75 41ADY75C401 product with the '422 Patent for the purpose of deceiving the public.

## COUNT CCIX

## FALSE MARKING OF
## REPLACEMENT LINE GUARD 753-1213

1284.   Plaintiff incorporates the allegations of paragraphs 1 through 1283 as though set forth at length herein.

1285.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a stand-alone replacement line guard identified as part number 753-1213.

1286.   Since March 24, 2004, MTD has marked, and continues to mark the stand-alone line guard identified as part number 753-1213 with the '422 Patent.

1287.   Because the '422 Patent expired on March 24, 2004, the stand-alone line guard identified as part number 753-1213 was no longer covered by the '422 Patent after that date.

1288.   MTD knows that each of the stand-alone line guard identified as part number 753-1213 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1289.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the stand-alone line guard identified as part number 753-1213 with the '422 Patent for the purpose of deceiving the public.

## COUNT CCX

### FALSE MARKING OF
### REPLACEMENT LINE GUARD 753-04283

1290.   Plaintiff incorporates the allegations of paragraphs 1 through 1289 as though set forth at length herein.

1291.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a stand-alone replacement line guard identified as part number 753-04283.

1292.   Since March 24, 2004, MTD has marked, and continues to mark the stand-alone line guard identified as part number 753-04283 with the '422 Patent.

1293.   Because the '422 Patent expired on March 24, 2004, the stand-alone line guard identified as part number 753-04283 was no longer covered by the '422 Patent after that date.

1294.   MTD knows that each of the stand-alone line guard identified as part number 753-04283 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1295.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the stand-alone line guard identified as part number 753-04283 with the '422 Patent for the purpose of deceiving the public.

## COUNT CCXI

### FALSE MARKING OF
### REPLACEMENT LINE GUARD 791-180341

1296.   Plaintiff incorporates the allegations of paragraphs 1 through 1295 as though set forth at length herein.

1297.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a stand-alone replacement line guard identified as part number 791-180341.

1298.   Since March 24, 2004, MTD has marked, and continues to mark the stand-alone line guard identified as part number 791-180341 with the '422 Patent.

1299.   Because the '422 Patent expired on March 24, 2004, the stand-alone line guard identified as part number 791-180341 was no longer covered by the '422 Patent after that date.

1300.   MTD knows that each of the stand-alone line guard identified as part number 791-180341 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1301.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the stand-alone line guard identified as part number 791-180341 with the '422 Patent for the purpose of deceiving the public.

### COUNT CCXII

### FALSE MARKING OF
### REPLACEMENT LINE GUARD 791-180548

1302.   Plaintiff incorporates the allegations of paragraphs 1 through 1301 as though set forth at length herein.

1303.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a stand-alone replacement line guard identified as part number 791-180548.

1304.   Since March 24, 2004, MTD has marked, and continues to mark the stand-alone line guard identified as part number 791-180548 with the '422 Patent.

1305.   Because the '422 Patent expired on March 24, 2004, the stand-alone line guard identified as part number 791-180548 was no longer covered by the '422 Patent after that date.

1306.   MTD knows that each of the stand-alone line guard identified as part number 791-180548 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1307.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the stand-alone line guard identified as part number 791-180548 with the '422 Patent for the purpose of deceiving the public.

## COUNT CCXIII

## FALSE MARKING OF
## REPLACEMENT LINE GUARD 791-181659

1308.   Plaintiff incorporates the allegations of paragraphs 1 through 1307 as though set forth at length herein.

1309.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a stand-alone replacement line guard identified as part number 791-181659.

1310.   Since March 24, 2004, MTD has marked, and continues to mark the stand-alone line guard identified as part number 791-181659 with the '422 Patent.

1311.   Because the '422 Patent expired on March 24, 2004, the stand-alone line guard identified as part number 791-181659 was no longer covered by the '422 Patent after that date.

1312.   MTD knows that each of the stand-alone line guard identified as part number 791-181659 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1313.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the stand-alone line guard identified as part number 791-181659 with the '422 Patent for the purpose of deceiving the public.

## COUNT CCXIV

## FALSE MARKING OF
## REPLACEMENT LINE GUARD 791-182189

1314.   Plaintiff incorporates the allegations of paragraphs 1 through 1313 as though set forth at length herein.

1315.   MTD manufactures, markets, and sells and/or manufactured, marketed, and sold a stand-alone replacement line guard identified as part number 791-182189.

1316.   Since March 24, 2004, MTD has marked, and continues to mark the stand-alone line guard identified as part number 791-182189 with the '422 Patent.

1317.   Because the '422 Patent expired on March 24, 2004, the stand-alone line guard identified as part number 791-182189 was no longer covered by the '422 Patent after that date.

1318.   MTD knows that each of the stand-alone line guard identified as part number 791-182189 manufactured and sold after March 24, 2004, was not covered by the '422 Patent.

1319.   MTD has repeatedly violated 35 U.S.C. § 292(a) by marking (or causing to be marked) the stand-alone line guard identified as part number 791-182189 with the '422 Patent for the purpose of deceiving the public.

## COUNT CCXV

## FALSE MARKING
## IN MTD'S ADVERTISING

1320.   Plaintiff incorporates the allegations of paragraphs 1 through 1319 as though set forth at length herein.

1321.   MTD markets and advertises its products throughout the United States of America, including within this judicial district, on its corporate website, www.mtdproducts.com.

1322.   Since March 24, 2004, MTD has marketed and advertised, and continues to market and advertise, line trimmers and stand-alone replacement line guards marked with the '422 Patent, on its corporate website.

1323.   MTD's corporate website enables users throughout the United States of America, including within this judicial district, to access user manuals and replacement parts lists for its products, including those marked with the '422 Patent.

1324.   MTD's user manuals expressly indicate that MTD's products, including those marked with the '422 Patent, are covered by one or more U.S. patents and other patents pending.

1325.   Since March 24, 2004, MTD has also authorized and/or allowed, and continues to authorize and/or allow, third parties to post or advertise user manuals and replacement parts lists for MTD's products, including those marked with the '422 Patent.

1326.   Upon information and belief, the '422 Patent is the only patent number that is marked on MTD's line trimmers and stand-alone replacement line guards.

1327.   MTD knows or reasonably should know that its line trimmers and stand-alone line replacement guards manufactured and sold after March 24, 2004, are not covered by the '422 Patent.

1328.   MTD has repeatedly violated 35 U.S.C. § 292(a) by using the '422 Patent in advertising (or causing the '422 Patent to be used in advertising) in connection with line trimmers and stand-alone replacement line guards marked with the '422 Patent for the purpose of deceiving the public into believing that such line trimmers and stand-alone replacement line guards are covered by the '422 Patent.

## **PENALTY**

1329.   Each marking of the '422 Patent on each article of the models of line trimmers and stand-alone replacement parts identified herein constitutes an individual false marking offense that has injured and continues to injure the sovereign interests of the United States of America as well as the public interest, and has discouraged or deterred and continues to discourage or deter honest competition and innovation in competing products.

1330.   Each use in advertising of the '422 Patent in connection with each article of the models of line trimmers and stand-alone replacement parts identified herein constitutes a false marking offense that has injured and continues to injure the sovereign interest of the United States of America as well as the public interest, and has discouraged or deterred and continues to discourage or deter honest competition and innovation in competing products.

## PRAYER FOR RELIEF

WHEREFORE, Relator/Plaintiff Hollander respectfully requests that this Court:

    a.   Find that MTD's manufacture, advertising, and sale of products with false patent markings or false patent assertions violate 35 U.S.C. §292(a);

    b.   Enter judgment against MTD and in favor of Hollander and the United States of America;

    c.   Determine an appropriate fine, of not more than $500 per offense, but sufficient to appropriately penalize MTD's violations of §292(a) and to deter MTD and others similarly situated from violating §292(a) in the future, for each offense of false marking, one-half of which shall be paid to the United States of America and the other half of which shall be paid to Hollander;

    d.   Award Hollander the costs incurred in this litigation;

    e.   Determine that the present case is exceptional under 35 U.S.C. § 285 and, based on such determination, award Hollander reasonable attorney fees; and

    f.   Grant Hollander such other and further relief as this Honorable Court shall deem just and equitable.

## **REQUEST FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38(b)(1), Hollander hereby demands a jury trial on all issues so triable.

Dated: November 18, 2009                    Respectfully submitted

_____

BY:    Jacob C. Cohn
       Ilan Rosenberg
       COZEN O'CONNOR
       1900 Market Street
       Philadelphia, PA 19103
       (215) 665-2783

       *Attorneys for Relator/Plaintiff*
       *Bentley A. Hollander*