IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. | : | |
| BENTLEY A. HOLLANDER | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | No. 09-5507 |
| MTD PRODUCTS, INC. | : | |

**O R D E R**

AND NOW, this 9th day of August, 2011, upon consideration Defendant's Motion to Stay (ECF No. 20) and Motion to Transfer (ECF No. 19), and all documents submitted in support thereof or opposition thereto, it is hereby ORDERED as follows:

1. Defendant's Motion to Stay is DISMISSED as moot;

2. Defendant's Motion to Transfer is GRANTED. The Clerk is directed to transfer this case to the United States District Court for the District of Arizona.

IT IS SO ORDERED.

BY THE COURT:

_____
R. Barclay Surrick, J.